REC---VED

2006 OCT 11 A 9: 31

DEBRA P. I
U.S. DIST
MIDDLE D.        CT ALA

Robert Twyman, Jr.
Draper Corr. Fac.
147435   3-7
P.O. Box 1107
Elmore, Al. 36025

October 9, 2006

**REF:** 2:06-CV-833-MEF (WO)

Attention Clerk of the U.S. Middle District of Alabama;

    This letter is to notify your office of my new address. Please
forward all response to the this case to the above address.

        THANK YOU.

                                    /s/ Robert Twyman, Jr.

CC/File: