```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF ALABAMA
                         NORTHERN DIVISION
```

Robert Twyman, Jr.

    Petitioner,

Vs.                      2:06-CV-833-MEF (WO)

Alabama Department of

Corrections, et al.,

    Respondents.

### PETITIONER'S AMENDED OBJECTION TO THE RECOMENDATION OF THE MAGISTRATE JUDGE

    Comes Now, Petitioner Robert Twyman, jr., moves this Honorable Court with his amended objection to the Magistrate Judge Recommendation and shows good cause in the following, to-wit:

1.     Since, petitioner filed his Objection to the Recommendation of the Magistrate Judge, Oct. 5, 2006, petitioner has been transfered to the Draper Correctional Facility; P.O. Box 1107; Elmore, Alabama 36025.

2.     Petitioner's now within the jurisdiction of this Court.

3.     Therefore, the Magistrate Recommendation of Sept. 27, 2006, as to transfering this cause to the U.S. District Court for the Northern District of Alabama, should be "MOOT".

4.     Petitioner respectfully request that his application for in forma pauperis be granted and for the respondents be ordered to answer this section2241 immediately.

It is so Prayed:

Done this the 9 day of October, 2006.

                                                               /s/ *Robert Twyman jr.*

                                                               Draper Corr. Fac.
                                                               147435  3-7
                                                               P.O. Box 1107
                                                               Elmore, Alabama 36025