IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ROBERT TWYMAN, JR., #147 435 | * | |
| Petitioner, | * | |
| v. | * | 2:06-CV-833-MEF |
| ALABAMA DEPARTMENT OF CORRECTIONS, *et al.*, | * | |
| | * | |
| Respondents. | | |

_____

**ORDER**

For good cause, it is

ORDERED that the Recommendation of the Magistrate Judge entered September 27, 2006 (Doc. No. 3) be and is hereby WITHDRAWN.

Done this 13th day of October, 2006.

       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE