| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  C Bell    ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): C Bell<br>C. Date of Delivery: 10/16/06 |
| 1. Article Addressed to:<br><br>Warden James DeLoach<br>Draper Correctional Facility<br>P O Box 1107<br>Elmore, AL 36025<br><br>06CV833 | D. Is delivery address different from item 1? ☐ Yes  ☒ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 3461 5398 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540