IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT TWYMAN, JR. (#147435), | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06-CV-833-MEF |
| | ) |
| ALABAMA DEPARTMENT | ) |
| OF CORRECTIONS, et al., | ) |
| | ) |
| Respondents. | ) |

**MOTION FOR AN EXTENSION OF TIME**

Come now the Respondents in the above styled cause, by and through undersigned counsel, and submit this motion for an extension of time. The Respondents state as follows:

1. That this Honorable Court issued an order in this cause on October 23, 2006.

2. That due to the prior judgments concerning the Petitioner, the Respondents had difficulty in locating the appropriate state habeas corpus.

3. That due to the issue before the Court, the Defendant would request that the Respondents be allowed an extension of ten (10) days to file an answer.

4. That the extension would not prejudice the Petitioner, but would be in the interest of judicial economy.

Wherefore these premises considered, the Respondents pray that this Honorable Court will grant their motion for an extension of time.

1

Respectfully submitted,

Kim T. Thomas (THO115)
Deputy Attorney General
General Counsel

/s/ Tara S. Knee
Tara S. Knee (KNE003)
Assistant Attorney General
Assistant General Counsel

**OF COUNSEL**:
Alabama Department of Corrections
Legal Division
P. O Box 301501
Montgomery, Alabama 36130
(334)353-3881
FAX: (334)353-3891

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Inmate Robert Twyman, Jr.
AIS #147435
Draper Correctional Facility
P.O. Box 1107
Elmore, Alabama 35025

/s/ Tara S. Knee
Tara S. Knee (KNE003)
Assistant Attorney General
Assistant General Counsel

2