IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ROBERT TWYMAN, JR., #147 435 | * | |
| Petitioner, | * | |
| v. | * | 2:06-CV-833-MEF |
| ALABAMA DEPARTMENT OF CORRECTIONS, *et al.*, | * | |
| | * | |
| Respondents. | | |

_____

**ORDER ON MOTION**

Respondents filed a Motion for Extension of Time on October 30, 2006. (Doc. No. 12.) Upon review of the motion, the undersigned concludes that the request for additional time to respond to the instant petition shall be granted.

Accordingly, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 12), is GRANTED; and

2. Respondents are GRANTED an extension from November 1, 2006 to November 13, 2006 to file their answer.

Done, this 31st day of October 2006.

                         /s/Charles S. Coody
                         CHARLES S. COODY
                         CHIEF UNITED STATES MAGISTRATE JUDGE