IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT TWYMAN, JR., #147 435        *

    Petitioner,                                    *

    v.                                                  *         2:06-CV-833-MEF

ALABAMA DEPARTMENT OF              *
CORRECTIONS, *et al.*,
                                                       *
    Respondents.

_____

**ORDER ON MOTION**

On November 30, 2006 Respondents filed a response to Petitioner's motion for more definite statement. (Doc. No. 18.) In light of the response, it is

ORDERED that the motion for more definite statement (Doc. No. 16) be and is hereby GRANTED *nunc pro tunc*.

It is further

ORDERED that Petitioner is GRANTED an extension from December 4, 2006 to December 18, 2006 to file any further response in accordance with the provisions contained in the court's November 14, 2006 order (Doc. No. 14).

Done, this 6th day of December 2006.

                                          /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE