IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ROBERT TWYMAN, JR., #147 435 | * | |
| Petitioner, | * | |
| v. | * | 2:06-CV-833-MEF |
| ALABAMA DEPARTMENT OF CORRECTIONS, *et al.*, | * | |
| | * | |
| Respondents. | | |

_____

**ORDER ON MOTION**

Pending before the court is Petitioner's Motion for Appointment of Counsel. Petitioner's motion has been read, considered, and shall be denied. Accordingly, it is

ORDERED that Petitioner's Motion for Appointment of Counsel (Doc. No. 23) be and is hereby DENIED.

Done, this 13th day of December 2006.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE