IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ROBERT TWYMAN, JR., #147 435 | * | |
| Petitioner, | * | |
| v. | * | 2:06-CV-833-MEF |
| ALABAMA DEPARTMENT OF CORRECTIONS, *et al.*, | * | |
| | * | |
| Respondents. | | |

_____

**ORDER ON MOTION**

Pending before the court is Petitioner's Motion for Evidentiary Hearing. Upon consideration of the motion and for good, it is

ORDERED that Petitioner's Motion for Evidentiary Hearing (Doc. No. 24) be and is hereby DENIED.

Done, this 13th day of December 2006.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE