IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| ROBERT TWYMAN, JR., #147 435 | * |
| Petitioner, | * |
| v. | *      2:06-CV-833-MEF |
| ALABAMA DEPARTMENT OF CORRECTIONS, *et al.*, | * |
| | * |
| Respondents. | |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion to Amend Habeas Corpus Petition to Add a Request for Declaratory Relief to this proceeding, and for good, it is

ORDERED that the motion to amend (Doc. No. 25) be and is hereby GRANTED.

Done, this 13th day of December 2006.

                                                                        /s/Charles S. Coody
                                                                CHARLES S. COODY
                                                                CHIEF UNITED STATES MAGISTRATE JUDGE