IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT TWYMAN, JR. (#147435), | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06-CV-833-MEF |
| | ) |
| ALABAMA DEPARTMENT | ) |
| OF CORRECTIONS, et al., | ) |
| | ) |
| Respondents. | ) |

## SUPPLEMENT TO RESPONSE

Come now the Respondents in the above styled cause, by and through undersigned counsel, and submit this supplement to the response filed on November 8, 2006 and November 30, 2006. The Respondents state as follows:

1. That the Respondents filed their response on November 8, 2006 and another response on November 30, 2006.

2. That the Respondents were unable to obtain the attached exhibit until December 14, 2006.

3. That the Respondents rely upon this exhibit as a defense to the Petitioner's claims.

Wherefore these premises considered, the Respondents pray that this Honorable Court will accept this supplement to their responses.

        Respectfully submitted,

        Kim T. Thomas (THO115)
        Deputy Attorney General
        General Counsel

        /s/ Tara S. Knee
        Tara S. Knee (KNE003)
        Assistant Attorney General
        Assistant General Counsel

**OF COUNSEL**:
Alabama Department of Corrections
Legal Division
P. O Box 301501
Montgomery, Alabama 36130
(334)353-3881
FAX: (334)353-3891

### CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Inmate Robert Twyman, Jr.
AIS #147435
Draper Correctional Facility
P.O. Box 1107
Elmore, Alabama 35025

        /s/ Tara S. Knee
        Tara S. Knee (KNE003)
        Assistant Attorney General
        Assistant General Counsel

IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF ALABAMA

Robert Twymon, Jr., AIS No. 147435 )
    Plaintiff )
)
vs. )   CASE NO. 2:06-CV-833-MEF
)
Alabama Department of Corrections, et al. )
    Defendant )

## A F F I D A V I T

    Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared one Kathy Holt, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

    My name is Kathy Holt. I am presently employed by the State of Alabama, Department of Corrections, as Correctional Records Director, 301 South Ripley Street Montgomery, Alabama 36104.

    This is to certify that Robert Twymon, AIS No. 147435, was paroled May 27, 1996, declared delinquent June 8, 1998, recaptured February 13, 2004 and revoked April 14, 2004, for a total of five years, eight months and five days of dead time. The fugitive warrant for inmate Twymon was issued June 9, 1998 by the Alabama Department of Corrections, Pursuant to Code of Alabama, 1975 §15-22-31, it is the responsibility of the Alabama Department of Corrections and not the Alabama Pardon and Parole Board to issue warrants for the retaking and return of prisoners.

    In addition, a county warrant was placed on Inmate Twymon on March 29, 2004, from Talladega County Sheriff's Office for Contempt of Court/Failure to Appear/Owes Child Support (CS#87-339). See attached Inmate Summary.

                                                  */s/ Kathy Holt*
                                                  KATHY HOLT
                                                  Director of Records

SWORN TO AND SUBSCRIBED BEFORE ME
THIS THE 14th DAY OF DECEMBER 2006

*/s/ Kimberly Whitney*
KIMBERLY WHITNEY, NOTARY PUBLIC
   State of Alabama at Large
   My Commission Expires October 27, 2009
cc:   ICRF                                      TO:    Tara Knee, Legal Division

```
CBR716-2                 ALABAMA DEPARTMENT OF CORRECTIONS
                         INMATE SUMMARY AS OF 10/26/2006              CODE: CRSUM
```

AIS: 00147435    INMATE: TWYMON, ROBERT JR                  RACE: B  SEX: M

INST: 004 - DRAPER CORRECTIONAL CENTER      DORM: 00  JAIL CR: 000Y 00M 05D

DOB: 07/27/1956  SSN: 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

ALIAS: TWYMAN, ROBERT JR

ADM DT: 08/28/1987 DEAD TIME: 005Y 08M 05D

ADM TYP: NEW COMIT FROM CRT W/O REV OF      STAT: PAROLE REVOKED

CURRENT CUST: MED-9   CURRENT CUST DT: 05/03/2004  PAROLE REVIEW DATE: FEB 2009

SECURITY LEVEL: REVIEW BOARD DATA NOT YET ENTERED

SERVING UNDER ACT446 LAW IN CLASS IV           CURRENT CLASS DATE:   12/28/1989
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

```
COUNTY      SENT DT  CASE NO   CRIME                        JL-CR     TERM
TALLADEGA  06/30/87 N87000124 POSS CONTROL SUBSTANCE      * 000 5D 005Y 00M 00D CS
           COURT COSTS : $0000158    FINES : $0000000    RESTITUTION : $0000075
TALLADEGA  06/30/87 N87000123 POSS CONTROL SUBSTANCE      * 000 5D 005Y 00M 00D CC
           COURT COSTS : $0000178    FINES : $0000000    RESTITUTION : $0000025
TALLADEGA  05/18/89 N89000070 ASSAULT I                      000 0D 020Y 00M 01D CS
                              ATTEMPT TO COMMIT
           ATTORNEY FEES : $000000       HABITUAL OFFENDER : Y
           COURT COSTS : $0000645    FINES : $0000000    RESTITUTION : $0000025

 TOTAL TERM      MIN REL DT      GOOD TIME BAL     GOOD TIME REV       LONG DATE
 025Y 00M 01D    09/04/2015      000Y 00M 00D      000Y 00M 00D        02/28/2018
```

INMATE LITERAL:

DETAINER WARRANTS SUMMARY

>DET WRT 03/29/2004 TYPE COUNTY WARRANT            TALLADEGA COUNTY S.O.
    LITERAL: CONTEMPT CT/FTA/OWES CHILD SUP    SEQ #: 03     CASE #: CS#87-339
    OFFENSE: 000 - UNKNOWN

ESCAPEE-PAROLE SUMMARY

PAROLED FRM  009:05/27/96 RVK:04/14/04 DELQ:06/08/98 RECAP:02/13/04 RTN:02/13/04

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B

CONTINUED ON NEXT PAGE

```
CBR716-2                    ALABAMA DEPARTMENT OF CORRECTIONS
                            INMATE SUMMARY AS OF 10/26/2006            CODE: CRSUM


********************************       CONTINUATION       ********************************

AIS: 00147435     INMATE: TWYMON, ROBERT JR                    RACE: B  SEX: M

*******************************************************************************************

DISCIPLINARY/CITATION SUMMARY

  >> DISCIPLINE: 03/09/2006   TIME LOST: 00Y00M00D    CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 037    RULE NUMBER: 50
     RETAINED DAYS: 0000    SEQ #: 05   RULE LIT: BEING IN AN UNAUTHORIZED AREA

  >> DISCIPLINE: 02/23/1993   TIME LOST: 00Y00M00D    CUST FROM MIN9 TO MIN9
     DISCIPLINE TYPE: MAJOR                   AT INST: 069    RULE NUMBER: 56
     RETAINED DAYS: 0000    SEQ #: 04   RULE LIT: FAIL TO OBEY A DIRECT ORDER OF OO

 >GOOD TIME 06/19/1989   AMT GT RESTORED    00Y02M00D   CUST FROM MED3 TO MED3
     GOOD FROM  00/00/0000 TO 00/00/0000    SEQ #: 03

 >GOOD TIME 03/09/1989   AMT GT RESTORED    00Y02M00D   CUST FROM MED3 TO MED3
     GOOD FROM  00/00/0000 TO 00/00/0000    SEQ #: 02

  >> DISCIPLINE: 05/02/1988   TIME LOST: 00Y04M00D    CUST FROM COM2 TO COM5
     DISCIPLINE TYPE: MAJOR                   AT INST: 161    RULE NUMBER: E7
     RETAINED DAYS: 0180    SEQ #: 01   RULE LIT: BEING ARRESTED/CONVICTED OF A FEL
```