Robert Twyman, Jr.
147435  174-224
150 E. Renfro Rd
Talladega, Al.
35160

1-17-07

RECEIVED
2007 JAN 22  A 9:52
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

REF: 2:06-CV-833-MEF
Twyman v. ADOC

Dear Clerk for Middle District of Ala.;

Presently, I'm being housed at the Talladega County Jail. Had a court appearance for 1-16-07, but it was canceled.

Does not know how long, I'll be at this address, but will notify you of any change.

Please acknowledge, receiving this letter.

Thank You.

Robert Twyman

cc/File