Robert Twyman, Jr.
D.C.F 147435 B-1-33-B
P.O. Box 1107
Elmore, Alabama 36025

RECEIVED
2007 JAN 26 A 9: 47
...RA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

January 23. 2007

**REF:** Twyman V. ALDOC
Civil Action No. 2:06-CV-833-MEF

DEar Clerk of The Middle District of Alabama;

   Presently, I've been transfered back to the Draper Correctional Facility, in Elmore Alabama.

   The Circuit Court of Talladega County, re-set the Hearing for April 17, 2007.

   Wherefore, I/petitioner will acknowledge any changes of address in the future.

               THANK YOU.

*Robert Twyman, Jr.*

CC/File: