Robert Twyman, Jr.
E.C.C 147435 C2-14A
P.O. Box 8
Elmore, Alabama
36025

RECEIVED

2007 MAR 21 A 10: 12

A P. HACKETT,
DISTRICT COURT
MIDDLE DISTRICT ALA

March 15, 2009

REF; Twyman v. ALDOC; 2:06-CV-833-MEF

Good Day Clerk of the Middle District Court of Alabama

This letter is to notify your office of my new address. The ALDOC has transfered me to the Elmore Correctional Facility; P.O. Box 8; Elmore, Alabama 36025.

Would you please notify all of the proper authorizes as to my whereabout? For my paper, stamps, etc. are limited.

Please Acknowledge This Letter.

THANK YOU.

*Robert Twyman Jr.*

CC/File:



Robert Twyman, Jr.
E.C.F 147435 C2-14A
P.O. Box 8
Elmore, Alabama 36025

36101+0711

Office of the Clerk
U.S. District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Alabama 36104



MONTGOMERY AL 361
20 MAR 2007 PM 4
POSTAGE D[...]