Robert Twyman, Jr.
147435
Talladega Co. Jail
156 E. Renfroe Rd
Talladega, Al. 35160

4-18-07

RECEIVED

2007 APR 24  A 9: 12

2:06CV833-MEF

REF: Twyman V ADOC

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Dear Clerk, M.D. of Ala.

This letter's to inform your office of my temporary housing at the Tall. Co. Jail.

Petitioner should be returning to the Elmore Correctional Facility, SOON.

This office will be Notified of any/all transfers of said petitioner.

Thank You Very Much!

cc/file

Robert Twyman, Jr

From: Robert L. Mann, Jr
Talladega County Jail
150 E. Renfroe Road
Talladega, AL 35160

This correspondence is forwarded from
Talladega County Jail. The contents have
not been evaluated, and the Talladega County
Jail is not responsible for the substance or
content of the enclosed communication.

BIRMINGHAM AL 352

Office of the Clerk
U.S. District Court
Middle District of Ala
P.O. Box 711
Montgomery, Ala.

