Robert Twyman, Jr.
127235   C2-14A
P.O. Box 8
Elmore, Alabama 36025

RECEIVED

2007 MAY -1 A 9:05

April 30, 2007

REF: Twyman v. ALDOC
     Case No. 2:06-CV-833-MEF

Dear Clerk of the U.S. District Court for Middle District

This letter's to notify your office of my return to Elmore Correctional Facility.

I respectfully request, that any/all documents being filed pertaining to this case be forward to the above address.

Please acknowledge that your office received this letter.


Thank You.

*Robert Twyman, Jr.*

CC/File:

Robert Twyman, Jr.
147435 C2-14A
P.O. Box 8
Elmore, Alabama 36025

MONTGOMERY AL 361
30 APR 2007 PM 3

Office of the Clerk
U.S. District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Alabama
36101

36101+0711