IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT TWYMAN, JR., #147435, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No.2:06cv833-MEF |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to expand record filed by the petitioner on October 22, 2007 (Doc. No. 36), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 23rd day of October, 2007.


　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE