IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBERT TWYMAN, JR. (#147435),** )<br>)<br>**Petitioner,** )<br>)<br>vs. )<br>)<br>**ALABAMA DEPARTMENT** )<br>**OF CORRECTIONS, et al.,** )<br>)<br>**Respondents.** ) | ) **CIVIL ACTION NO. 2:06-CV-833-MEF** |

### RESPONSE TO REQUEST FOR DOCUMENTS

Come now Respondents Attorney General Troy King, Alabama Department of Corrections, Commissioner Richard F. Allen, Institutional Coordinator James DeLoach, General Counsel Kim Thomas, and Director of Central Records Kathy Holt, by and through undersigned counsel, and submit these responses to Petitioner's request for documents. These Respondents state as follows:

1. Petitioner's Application for Pardon from the Alabama Board of Pardons and Parole (ABPP) and their final decision. *(In 1996 a Ms. Haywood of the Talladega County Probation & Parole Office, applied petitioner for a pardon, before his supervision was transferred to the State of Georgia. The ABPP made a decision in 1999.)*

**RESPONSE:** The Alabama Board of Pardons and Paroles has custody of these documents and not the Alabama Department of Corrections.

2. The ABPP actual document voided it declaration of delinquency, for petitioner in 1998, and the notification of this action to the Alabama Department of Corrections (ALDOC). *(Petitioner has viewed a document of that nature within his institutional file).*

**RESPONSE:** The Alabama Board of Pardons and Paroles has custody of these documents and not the Alabama Department of Corrections

3. The documents pertaining to the parole hearing of petitioner held at the Talladega County Jail on March 9, 2004 and the 13-page recommendation submitted to the ABPP, supposedly prepared March 9, 2004. *(The documents will show when/where/how/the purposed "Fugitive warrant" was discovered, along with other questionable facts).*

**RESPONSE:** The Alabama Board of Pardons and Paroles has custody of these documents and not the Alabama Department of Corrections

4. The order/summons/document from the ALDOC to the Talladega County official requesting petitioner to be transferred to Kilby Correctional Facility as a parole violator. (*The female deputy who transported Petitioner stated that, the purposed "fugitive warrant" was used as authorization, this would acknowledge how respondents obtained custody of petitioner*).

**RESPONSE:** See attached.

5. Any/all other tangible objects pertaining to the above requested items.

Respectfully submitted this the 29th day of November, 2007.

                Kim T. Thomas (THO115)
                Deputy Attorney General
                General Counsel

                /s/ Tara S. Knee
                Tara S. Knee (KNE003)
                Assistant Attorney General
                Assistant General Counsel

**OF COUNSEL:**
Alabama Department of Corrections
Legal Division
P. O Box 301501
Montgomery, Alabama 36130
(334)353-3881
FAX: (334)353-3891

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Inmate Robert Twyman, Jr.
AIS #147435
Elmore Correctional Facility
P.O. Box 8
Elmore, Alabama 35025

/s/ Tara S. Knee
Tara S. Knee (KNE003)
Assistant Attorney General
Assistant General Counsel

## SENDING CONFIRMATION

DATE        :   FEB-26-2004  THU 10:33
NAME        :   DEPT. OF
TEL         :   334-240-9595

---

PHONE           :   812563621841
PAGES           :   5/5
START TIME      :   FEB-26 10:30
ELAPSED TIME    :   01'53"
MODE            :   ECM
RESULTS         :   OK

---

FIRST PAGE OF RECENT DOCUMENT TRANSMITTED...



BOB RILEY
GOVERNOR

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

DONAL CAMPBELL
COMMISSIONER

Central Records Office / NCIC Room
1400 Lloyd Street
Post Office Box 301501
Montgomery, Alabama 36130
334-240-9355
FAX 334-240-9595

TO: Talladega Parole Office  ATTN: Linda Hill
FAX: (256) 362-1841         DATE: 02/26/04
FROM: Aurelia Adams          PAGES: 5
RE: Twyman, Robert Jr. AIS - 149425

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Routine

STATE OF ALABAMA

DEPARTMENT OF CORRECTIONS

CENTRAL RECORDS DIVISION
1400 LLOYD STREET
P.O. BOX 301501
MONTGOMERY, ALABAMA 36130-1501
(334) 240-9500

JUN 9, 1998

TO: Joe Kuebler, CA
Board of Pardons & Paroles
Fifth Floor, East Tower
2 Martin Luther King Jr. Drive
Atlanta, GA 30334

RE: TWYMON, ROBERT JR
DOB: 07/27/56   R/S: B/M   AIS #: 00147435

DEAR SIR/MADAM:

ENCLOSED IS OUR FUGITIVE WARRANT, FINGERPRINTS AND PHOTOGRAPH OF THE ABOVE NAMED PAROLE VIOLATOR. THE STATE BOARD OF PARDONS AND PAROLES HAS CAUSE TO BELIEVE THAT THE ABOVE NAMED PAROLED PRISONER HAS LAPSED, OR IS ABOUT TO LAPSE, INTO CRIMINAL WAYS OR COMPANY, OR HAS VIOLATED CONDITIONS OF HIS PAROLE IN AN IMPORTANT RESPECT ON JUN 5, 1998, AND IS NOW WANTED BY THIS DEPARTMENT. PLEASE USE OUR WARRANT AS A DETAINER AND ADVISE WHEN THIS SUBJECT WILL BE AVAILABLE FOR OUR AGENT(S) TO OBTAIN CUSTODY FOR HIS RETURN TO THE ALABAMA PRISON SYSTEM. WE WILL EXTRADITE.

IF OUR FUGITIVE WARRANT IS NOT EXECUTED WITHIN SIXTY (60) DAYS, PLEASE RETURN SAME TO THIS OFFICE.

FOR COORDINATION OR INQUIRIES REGARDING THIS CASE, PLEASE CONTACT: DIRECTOR, INMATE RECORDS ADMINISTRATION, AT THE ABOVE ADDRESS OR TELEPHONE NUMBER.

THANKING YOU FOR YOUR COOPERATION IN THIS MATTER OF MUTUAL INTEREST, I AM

VERY TRULY YOURS,

JOE S. HOPPER, COMMISSIONER
ALABAMA DEPARTMENT OF CORRECTIONS

ENCLOSURES

ALABAMA DEPARTMENT OF CORRECTIONS

HERIFF'S CERTIFICATE TO ALABAMA DEPARTMENT OF CORRECTIONS UNDER ACT 184, LABAMA STATE LEGISLATURE, SIGNED BY THE GOVERNOR, AUGUST 23, 1976.

O: DEPARTMENT OF CORRECTIONS OF THE STATE OF ALABAMA.

I HEREBY CERTIFY AS FOLLOWS:

AME: TWYMON, ROBERT JR                AIS#: 00147435   R/S: B/M   DOB: 07/27/56

THE ATTACHED FUGITIVE WARRANT ON THE ABOVE NAMED PAROLE VIOLATOR WAS EXECUTED Y THIS OFFICE AS FOLLOWS:

DETACH FROM DEPARTMENT OF CORRECTIONS WARRANT, COMPLETE ALL APPLICABLE ITEMS, ND RETURN AT ONCE).

- DATE INCARCERATED IN COUNTY JAIL:
- DATE WARRANT EXECUTED:
- LOCAL CHARGES PENDING:  (Y) (N)  (CIRCLE ONE--IF YES, COMPLETE ITEM #4).
- WARRANTS ATTACHED FOR DETAINER:  (Y) (N) (TO BE MAILED)  CIRCLE ONE.
- SUBJECT (IS) (IS NOT) READY FOR PICKUP BY DEPARTMENT OF CORRECTIONS AGENTS.
- IF SUBJECT IS NOT READY FOR PICKUP, PLEASE STATE REASON.  WHEN SUBJECT IS EADY FOR PICKUP, NOTIFY THIS OFFICE BY TELEPHONING (334) 240-9500.

DEFENDANT WAS NOT INCARCERATED IN THE COUNTY JAIL UNDER SAID WARRANT FOR ANY ERIOD(S) OF TIME OTHER THAN THOSE WHICH ARE SET FORTH ABOVE.

THIS THE        DAY OF              , 19     .

                              SIGNATURE:

                              SHERIFF OF                    COUNTY, AL.

TES:

- MAIL ORIGINAL OF THIS FORM AT ONCE TO:  DEPARTMENT OF CORRECTIONS, CENTRAL ECORDS DIVISION, 1400 LLOYD STREET, P.O. BOX 301501, MONTGOMERY AL 36130-1501

- RETAIN OUR WARRANT IN YOUR FILE AS A DETAINER.

- IF SUBJECT ESCAPES FROM YOUR JAIL, IMMEDIATELY NOTIFY STATON COMMUNICATIONS ENTER (334) 567-2221 AND THIS OFFICE AT (334) 240-9500 FOLLOWED BY WRITTEN ONFIRMATION TO THIS OFFICE.

# SENDING CONFIRMATION

DATE      :   FEB-25-2004  WED 10:54
NAME    :   DEPT. OF
TEL        :   334-240-9595

| | |
|---|---|
| PHONE | : 812567612134 |
| PAGES | : 5/5 |
| START TIME | : FEB-25 10:52 |
| ELAPSED TIME | : 01'25" |
| MODE | : ECM |
| RESULTS | : OK |

FIRST PAGE OF RECENT DOCUMENT TRANSMITTED...



BOB RILEY
GOVERNOR

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

DONAL CAMPBELL
COMMISSIONER

Central Records Office / NCIC Room
1400 Lloyd Street
Post Office Box 301501
Montgomery, Alabama 36130
334-240-9555
FAX 334-240-9595

TO: Talladega County J.J.   ATTN: _____
FAX: 256-761-2124   DATE: 02/25/04
FROM: Myrtle Adams   PAGES: 5
RE: Haynes, Robert T.  AIS # 172435

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Routine



STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

**BOB RILEY**
GOVERNOR

**DONAL CAMPBELL**
COMMISSIONER

Central Records Office / NCIC Room
1400 Lloyd Street
Post Office Box 301501
Montgomery, Alabama 36130
334-240-9555
FAX 334-240-9595

TO: Talladega County Jail   ATTN: Sue

FAX#: (256) 761-2134   DATE: 02/25/04

FROM: Aurelia Adams   PAGES: 5

RE: Twymon, Robert Jr  AIS· 147435

☒ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Routine

STATE OF ALABAMA
BOARD OF PARDONS AND PAROLES
Montgomery, Alabama

6/5/98

## AUTHORIZATION TO ISSUE WARRANT FOR PAROLED PRISONER

TO: The Department of Corrections
Director, Inmate Records

Re: Name __ROBERT TWYMON JR__

AIS# __147,435__

SEND WARRANT TO: __JOE KUEBLER, CA__

__BOARD OF PARDONS AND PAROLES__

__FIFTH FLOOR, EAST TOWER__

__2 MARTIN LUTHER KING JR DRIVE__

__ATLANTA GA 30334__

Having reasonable cause to believe that the above-named paroled prisoner has lapsed or is about to lapse into criminal ways or company, or has violated the conditions of his parole in an important respect,

YOU ARE, THEREFORE, DIRECTED PURSUANT TO TITLE 15, SECTION 22, CODE OF ALABAMA 1975, TO ISSUE A WARRANT FOR THE RETAKING OF SAID PAROLED PRISONER AND RETURN HIM TO PRISON PENDING A REVOCATION HEARING.

You are further directed to notify this office of the return of the aforementioned paroled prisoner.

STATE BOARD OF PARDONS AND PAROLES

BY: _[signature]_
Executive Director

Distribution:
Field Office- GEORGIA
DOC
Board File

CO Form 030 (Rev. 9-93)



**BOB RILEY**
GOVERNOR

**STATE OF ALABAMA**
**DEPARTMENT OF CORRECTIONS**

**DONAL CAMPBELL**
COMMISSIONER

February 25, 2004

Talladega County Jail
150 E Renfroe St.
Talladega, AL 35161

RE: Twymon, Robert Jr
AIS#: 147435 R/S: B/M
DOB: 07/27/1956

Dear Sir or Madam:

Enclosed is our Fugitive Warrant on the above named subject, who is wanted by this department for Parole Violation.

Please use our warrant as a detainer and notify this office at (334) 240-9556 or (334) 240-9500 at least thirty (30) days before the date of release. Also, please hold this subject without bond. We will extradite.

Thank you for your help and cooperation in this matter.

Very truly yours,

Donal Campbell
COMMISSIONER