IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT TWYMAN, JR. (#147435), | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06-CV-833-MEF |
| | ) |
| ALABAMA DEPARTMENT | ) |
| OF CORRECTIONS, et al., | ) |
| | ) |
| Respondents. | ) |

**RESPONSE TO PETITIONER'S
MOTION FOR ORDER COMPELLING
REQUESTED DOCUMENTS**

Come now the Respondents in the above styled cause, by and through undersigned counsel, and submit this response to Petitioner's Motion for Order Compelling Requested Documents. (Doc. 40) The Respondents state as follows:

1. That Petitioner filed a request for documents on or about October 31, 2007. (Doc. 38)

2. That on November 29, 2007, Respondents submitted responses to Petitioner's request. Respondents stated who had control of the requested documents and submitted the documents that were in their control. (Doc. 39)

3. That Respondents served Petitioner with a copy of the requested documents on the same day as filing.

Wherefore these premises considered, Respondents pray that this Honorable Court will deny Petitioner's request for an order to compel Respondents to produce something that has already been produced.

1

Respectfully submitted,

Kim T. Thomas (THO115)
Deputy Attorney General
General Counsel

/s/ Tara S. Knee
Tara S. Knee (KNE003)
Assistant Attorney General
Assistant General Counsel

**OF COUNSEL**:
Alabama Department of Corrections
Legal Division
P. O Box 301501
Montgomery, Alabama 36130
(334)353-3881
FAX: (334)353-3891

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Inmate Robert Twyman, Jr.
AIS #147435
Elmore Correctional Facility
P.O. Box 8
Elmore, Alabama 35025

/s/ Tara S. Knee
Tara S. Knee (KNE003)
Assistant Attorney General
Assistant General Counsel

2