IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT TWYMAN, JR., #147435, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No.2:06cv833-MEF |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

Upon review of the pleadings, the court deems it appropriate to require Respondents to file a supplemental response to the petition for habeas corpus relief. Accordingly, it is

ORDERED that on or before December 28, 2007, Respondents shall file a supplemental response addressing the following questions:

1. Whether – and, if so, on what date – the Alabama Board of Pardons and Paroles ("ABPP") voided its June 8, 1998, declaration of delinquency as to Petitioner?

2. If the ABBP voided its declaration of delinquency as to Petitioner, what effect would that action have on the calculation of Petitioner's release date?

Done this 12th day of December, 2007.

　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE