IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>                      DIVISION

ROBERT TWYMAN #147435 )
_____, )
)
**Plaintiff,** )
)
v. )  CASE NO. <u>2:06-CV-833-MEF</u>
)
ALABAMA DEPART. OF CORRECTIONS, et al. )
_____, )
)
**Defendants,** )

## <u>CONFLICT DISCLOSURE STATEMENT</u>

COMES NOW <u>AL Dept. of Corrections</u>, a <u>Defendant</u>  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐   This party is an individual, or

■   This party is a governmental entity, or

☐   There are no entities to be reported, or

☐   The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                          <u>Relationship to Party</u>

_____        _____

_____        _____

_____        _____

_____        _____

<u>12/17/2007</u>                             <u>/s/ Tara S. Knee</u>
Date                                      (Signature)

**Tara S. Knee**
(Counsel's Name)

ADOC, Allen, Holt, King, Thomas, DeLoach

Counsel for (print names of all parties)
P.O. Box 301501
Montgomery, AL 36130
Address, City, State Zip Code
334-353-3881
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN                    DIVISION

ROBERT TWYMAN #147435 )
)
)
Plaintiff, )
)
v. )    CASE NO. 2:06-CV-833-MEF
)
ALABAMA DEPART. OF CORRECTIONS, et al. )
)
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Richard Allen , a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____          _____

_____          _____

_____          _____

                                 _____

12/17/2007                       /s/ Tara S. Knee
Date                             (Signature)

                                 Tara S. Knee
                                 (Counsel's Name)

                                 ADOC, Allen, Holt, King, Thomas, DeLoach

                                 Counsel for (print names of all parties)
                                 P.O. Box 301501
                                 Montgomery, AL 36130
                                 Address, City, State Zip Code
                                 334-353-3881
                                 Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

ROBERT TWYMAN #147435 , )
          )
       Plaintiff, )
          )
v. )   CASE NO. <u>2:06-CV-833-MEF</u>
          )
ALABAMA DEPART. OF CORRECTIONS, et al. , )
          )
       Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Kathy Holt</u> , a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>               <u>Relationship to Party</u>

_____      _____

_____      _____

_____      _____

<u>12/17/2007</u>            <u>/s/ Tara S. Knee</u>
       Date                 (Signature)

                                   **Tara S. Knee**
                                   (Counsel's Name)

                                   ADOC, Allen, Holt, King, Thomas, DeLoach

                                   Counsel for (print names of all parties)
                                   P.O. Box 301501
                                   Montgomery, AL 36130
                                   Address, City, State Zip Code
                                   334-353-3881
                                   Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>                     DIVISION

ROBERT TWYMAN #147435
_____,    )
                                )
         Plaintiff,             )
                                )
v.                              )    CASE NO. <u>2:06-CV-833-MEF</u>
                                )
ALABAMA DEPART. OF CORRECTIONS, et al.    )
_____,    )
                                )
         Defendants,           )

## <u>CONFLICT DISCLOSURE STATEMENT</u>

COMES NOW <u>Troy King</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓]   This party is an individual, or

[ ]   This party is a governmental entity, or

[ ]   There are no entities to be reported, or

[ ]   The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                    <u>Relationship to Party</u>

_____            _____

_____            _____

_____            _____


<u>12/17/2007</u>                        <u>/s/ Tara S. Knee</u>
Date                                (Signature)

                                    Tara S. Knee
                                    (Counsel's Name)

                                    ADOC, Allen, Holt, King, Thomas, DeLoach
                                    Counsel for (print names of all parties)
                                    P.O. Box 301501
                                    Montgomery, AL 36130
                                    Address, City, State Zip Code
                                    334-353-3881
                                    Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN                    DIVISION

ROBERT TWYMAN #147435

_____,   )
                           )
         Plaintiff,        )
                           )
v.                         )    CASE NO. 2:06-CV-833-MEF
                           )
ALABAMA DEPART. OF CORRECTIONS, et al.  )
_____,   )
                           )
         Defendants,       )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Kim Thomas         , a  Defendant        in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

[✓]  This party is an individual, or

[ ]  This party is a governmental entity, or

[ ]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the party are hereby reported:

Reportable Entity                     Relationship to Party

_____              _____

_____              _____

_____              _____


12/17/2007                           /s/ Tara S. Knee
_____              _____
         Date                        (Signature)

                                     Tara S. Knee
                                     _____
                                     (Counsel's Name)

                                     ADOC, Allen, Holt, King, Thomas, DeLoach
                                     _____
                                     Counsel for (print names of all parties)
                                     P.O. Box 301501
                                     _____
                                     Montgomery, AL 36130
                                     _____
                                     Address, City, State Zip Code
                                     334-353-3881
                                     _____
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>                    DIVISION

ROBERT TWYMAN #147435                          )
_____, )
                                               )
     Plaintiff,                             )
                                               )
                                               )     CASE NO. <u>2:06-CV-833-MEF</u>
v.                                             )
                                               )
ALABAMA DEPART. OF CORRECTIONS, et al.         )
_____, )
                                               )
     Defendants,                            )

## <u>CONFLICT DISCLOSURE STATEMENT</u>

    COMES NOW <u>James DeLoach</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    ☑    This party is an individual, or

    ☐    This party is a governmental entity, or

    ☐    There are no entities to be reported, or

    ☐    The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                         <u>Relationship to Party</u>

_____              _____

_____              _____

_____              _____


<u>12/17/2007</u>                            <u>/s/ Tara S. Knee</u>
      Date                              (Signature)

                                       ## Tara S. Knee
                                       (Counsel's Name)

                                       ADOC, Allen, Holt, King, Thomas, DeLoach

                                       Counsel for (print names of all parties)
                                       P.O. Box 301501
                                       Montgomery, AL 36130
                                       Address, City, State Zip Code
                                       334-353-3881
                                       Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

## CERTIFICATE OF SERVICE

I, Tara S. Knee _____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by US Mail _____(manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this 17th ____ day of December _____ 20 07, to:

Inmate Robert Twyman _____

AIS #147435 _____

Elmore Correctional Facility _____

P.O. Box 8 _____

Elmore, AL 36025 _____

_____

12/17/2007 _____
            Date

/s/ Tara S. Knee _____
        Signature