IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| Robert Twyman, Jr. | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:06 CV-833-MEF |
| | ) | |
| Alabama Department of | ) | |
| Corrections *et al.*, | ) | |
| | ) | |
| Respondents | ) | |

## MOTION FOR CORRECTION OF RESPONDENTS ERRORS

Comes Now, Petitioner in the above styled cause, moves this Court pursuant to Rule 5, Fed.R.Civ.P. for respondents to correct their error concerning service of process, and shows good cause in the following, to-wit:

1. In respondents, "Response to Petitioner's Motion for Order compelling requested Documents," it was stated, on November 29, 2007, "Respondent submitted responses to Petitioner request." Petitioner has not received any such response.

2. Respondents further stated: "That Respondents served Petitioner with a copy of the requested documents on the same day as filing. Petitioner has not received any such documents.

3. Petitioner's submitted to this Court and respondents an affidavit to the fact: he never received any such response or documents.

4. Petitioner has spoken with certain official here at the Elmore Correctional Center, concerning the "Legal Mail", which he never received. Petitioner was not

allowed to speak with the "___" official. However, each/every inmate must sign a log before receiving their "Legal Mail", at this institution.

5. This Court has the power to request a true and correct copy of the institutional "Legal Mail" log for inspection. If the Court deem appropriate to inspect the log, petitioner has no objections.

6. Petitioner believes, respondents are attempting to hide or obscure the existence of particular documents. In order to keep this Court from understanding the truth of this matter.

7. Petitioner states that he received a copy of the respondents response to his request for document, the Motion for Order Compelling Requested Documents, would've never been filed.

### CONCLUSION

WHEREFORE, Premises Considered, Petitioner prays this Court grant said motion, and order respondents to comply with the Federal Rules of Civil Procedure. Done this the 17 day of December 2007.

*Robert Truman, Jr.*
Signature of Petitioner

2

Robert Twyman, Jr.
147435 C2-14A
P.O. Box 8
Elmore, Alabama
　　　36025




Office of the Clerk
U.S. District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Al.
　　36101

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Robert Twyman, Jr. )<br><br>  Petitioner, )<br><br> v. )<br><br> Alabama Department of )<br> Corrections *et al.*, )<br><br>  Respondents ) | Case No. 2:06 CV-833-MEF |

### AFFIDAVIT

My name is Robert Twyman, Jr., AIS # 147435, presently being housed at the Elmore Correctional Center, mailing address, P.O. Box 8, Elmore, Alabama 36025.

Respondents attorney Tara S. Knee, in the above refereed cause, stated I was served their response and certain requested document (Doc 39).

I have not received any such response or documents. I have not viewed, nor have any direct knowledge as to what (Doc. 39) consist of.

I do wish to have a copy of (Doc. 39), then I will know, what respondents filed in the Court, pertaining to my request for documents.

I DECLARE (OR CERTIFY, VERIFY, OR STATE) UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. Executed on December 17, 2007.

*Robert Twyman, Jr.*
Signature of Affiant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE THIS 17th DAY OF December 2007, served a true and correct copy of the foregoing on the Alabama Department of Corrections, Legal Division and the Attorney General Office for the State of Alabama, by placing the same in the U.S. Mail postage prepaid and properly addressed.

*Robert Lyman, Jr.*
147435 C2-14A
P.O. Box 8
Elmore, Alabama 36025

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P.O. Box 301501
Montgomery, Alabama
    36130-1501

Attorney General Office
State of Alabama
11 South Union Street
Montgomery, Alabama
    36130-0152

4