IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT TWYMAN, JR. (#147435), | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06-CV-833-MEF |
| | ) |
| ALABAMA DEPARTMENT | ) |
| OF CORRECTIONS, et al., | ) |
| | ) |
| Respondents. | ) |

## RESPONSE TO ORDER

Come now the Respondents in the above styled cause, by and through undersigned counsel, and submit this response to this Court's Order of December 12, 2007. Respondents state as follows:

1.  That the Alabama Board of Pardons and Paroles did not void the delinquency of June 8, 1998. (See attachment)

2.  That when the Alabama Board of Pardons and Paroles voids a delinquency, then the parolee does not accrue "dead time." (See attachment)

Respectfully submitted this the 21st day of December, 2007.

                                                 Kim T. Thomas (THO115)
                                                 Deputy Attorney General
                                                 General Counsel

                                                 /s/ Tara S. Knee
                                                 Tara S. Knee (KNE003)
                                                 Assistant Attorney General
                                                 Assistant General Counsel

**OF COUNSEL**:
Alabama Department of Corrections
Legal Division
P. O Box 301501
Montgomery, Alabama 36130
(334)353-3881
FAX: (334)353-3891

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Inmate Robert Twyman, Jr.
AIS #147435
Draper Correctional Facility
P.O. Box 1107
Elmore, Alabama 35025

/s/ Tara S. Knee
Tara S. Knee (KNE003)
Assistant Attorney General
Assistant General Counsel

2

IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF ALABAMA

Robert Twymon, Jr., AIS No. 147435 )
    Plaintiff )
)
vs. ) CASE NO. 2:06-CV-833-MEF
)
Alabama Department of Corrections, et al. )
    Defendant )

## A F F I D A V I T

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared one Kathy Holt, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Kathy Holt. I am presently employed by the State of Alabama, Department of Corrections, as Correctional Records Director, 301 South Ripley Street Montgomery, Alabama 36104.

This is to certify that Robert Twymon, AIS No. 147435, was paroled May 27, 1996(Attachment #1), declared delinquent November 10, 1997(Attachment #2), recaptured January 22, 1998(Attachment #3), and continued on parole January 27, 1998 (Attachment #4). On June 8, 1998(Attachment #5), Inmate Twymon was declared delinquent, arrested February 13, 2004(Attachment #6) and revoked April 14, 2004(Attachment #7). The delinquency of June 8, 1998 was not voided, the inmate was revoked April 14, 2004. If the Pardon and Parole Board orders that the delinquency be voided and the inmate continued on parole, dead time is not accrued. However, if the Pardon and Parole Board revoke the inmate dead time will accrue from the date of delinquency until the date of recapture, as is in this situation when Inmate Twymon was declared delinquent June 8, 1998 and recaptured February 13, 2004 and revoked April 14, 2004.

The fugitive warrant for inmate Twymon was issued June 9, 1998(Attachment #8) by the Alabama Department of Corrections, Pursuant to Code of Alabama, 1975 §15-22-31, it is the responsibility of the Alabama Department of Corrections and not the Alabama Pardon and Parole Board to issue warrants for the retaking and return of prisoners.

                                                                                 _____
                                                                                 KATHY HOLT
                                                                                  Director of Records

SWORN TO AND SUBSCRIBED BEFORE ME
THIS THE 14th DAY OF DECEMBER 2007
_____
KIMBERLY WHITNEY, NOTARY PUBLIC
   State of Alabama at Large
   My Commission Expires October 27, 2009

cc:  ICRF                                            TO:    Tara Knee, Legal Division

```
CBR71652                  ALABAMA DEPARTMENT OF CORRECTIONS
                          INMATE SUMMARY AS OF 11/09/2007           CODE: CRSUM
```

AIS: 00147435    INMATE: TWYMON, ROBERT JR                RACE: B  SEX: M

INST: 069 - ELMORE CORRECTIONAL FACILITY    DORM: 00   JAIL CR: 000Y 00M 05D

DOB: 07/27/1956   SSN: 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

ALIAS: TWYMAN, ROBERT JR

ADM DT: 08/28/1987 DEAD TIME: 005Y 08M 05D

ADM TYP: NEW COMIT FROM CRT W/O REV OF       STAT: PAROLE REVOKED

CURRENT CUST: MIN-9   CURRENT CUST DT: 11/21/2006   PAROLE REVIEW DATE: FEB 2009

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV         CURRENT CLASS DATE:    12/28/1989
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

```
COUNTY      SENT DT  CASE NO    CRIME                       JL-CR       TERM
TALLADEGA   06/30/87 N87000124  POSS CONTROL SUBSTANCE    * 0005D 005Y 00M 00D CS
            COURT COSTS : $0000158      FINES : $0000000    RESTITUTION : $0000075
TALLADEGA   06/30/87 N87000123  POSS CONTROL SUBSTANCE    * 0005D 005Y 00M 00D CC
            COURT COSTS : $0000178      FINES : $0000000    RESTITUTION : $0000025
TALLADEGA   05/18/89 N89000070  ASSAULT I                   0000D 020Y 00M 01D CS
                                ATTEMPT TO COMMIT
            ATTORNEY FEES : $000000       HABITUAL OFFENDER : Y
            COURT COSTS : $0000645      FINES : $0000000    RESTITUTION : $0000025

 TOTAL TERM      MIN REL DT       GOOD TIME BAL       GOOD TIME REV      LONG DATE
 025Y 00M 01D    09/04/2015       000Y 00M 00D        000Y 00M 00D       02/28/2018
```

INMATE LITERAL:

DETAINER WARRANTS SUMMARY

>DET WRT 03/29/2004 TYPE COUNTY WARRANT            TALLADEGA COUNTY S.O.
    LITERAL: CONTEMPT CT/FTA/OWES CHILD SUP    SEQ #: 03      CASE #: CS#87-339
    OFFENSE: 000 - UNKNOWN

ESCAPEE-PAROLE SUMMARY

PAROLED FRM  009:05/27/96 RVK:04/14/04 DELQ:06/08/98 RECAP:02/13/04 RTN:02/13/04

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
    SINCE O.B.S.C.I.S. RECORDING BEGAN IN 1978

CONTINUED ON NEXT PAGE

```
CBR715-C                    ALABAMA DEPARTMENT OF CORRECTIONS
                            INMATE SUMMARY AS OF 11/09/2007              CODE: CRSUM

****************************          CONTINUATION          ****************************

AIS: 00147435      INMATE: TWYMON, ROBERT JR                      RACE: B   SEX: M
****************************************************************************************

DISCIPLINARY/CITATION SUMMARY

  >> DISCIPLINE: 07/12/2007  TIME LOST: 00Y00M00D    CUST FROM MIN9 TO MIN9
     DISCIPLINE TYPE: MAJOR                          AT INST: 069    RULE NUMBER: 56
     RETAINED DAYS: 0000   SEQ #: 06   RULE LIT: FAIL TO OBEY A DIRECT ORDER OF DO

  >> DISCIPLINE: 03/09/2006  TIME LOST: 00Y00M00D    CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                          AT INST: 037    RULE NUMBER: 50
     RETAINED DAYS: 0000   SEQ #: 05   RULE LIT: BEING IN AN UNAUTHORIZED AREA

  >> DISCIPLINE: 02/23/1993  TIME LOST: 00Y00M00D    CUST FROM MIN9 TO MIN9
     DISCIPLINE TYPE: MAJOR                          AT INST: 069    RULE NUMBER: 56
     RETAINED DAYS: 0000   SEQ #: 04   RULE LIT: FAIL TO OBEY A DIRECT ORDER OF DO

  > GOOD TIME 06/19/1989  AMT GT RESTORED   00Y02M00D   CUST FROM MED3 TO MED3
     GOOD FROM 00/00/0000 TO 00/00/0000   SEQ #: 03

  > GOOD TIME 03/09/1989  AMT GT RESTORED   00Y02M00D   CUST FROM MED3 TO MED3
     GOOD FROM 00/00/0000 TO 00/00/0000   SEQ #: 02

  >> DISCIPLINE: 05/02/1988  TIME LOST: 00Y04M00D    CUST FROM COM2 TO COM5
     DISCIPLINE TYPE: MAJOR                          AT INST: 161    RULE NUMBER: E7
     RETAINED DAYS: 0180   SEQ #: 01   RULE LIT: BEING ARRESTED/CONVICTED OF A FEL
```



# State Board of Pardons and Paroles

Montgomery, Alabama

# Certificate of Parole

KNOW ALL MEN BY THESE PRESENTS:

It having been made to appear to the Alabama State Board of Pardons and Paroles that **Robert Twymon, Jr.  #147,435**

is eligible to be PAROLED, and that there is a reasonable probability that said prisoner WILL REMAIN AT LIBERTY WITHOUT VIOLATING THE LAWS, and it being the opinion of the said State Board of Pardons and Paroles that the release of this prisoner is not incompatible with the welfare of society, and it appearing further that the Board is satisfied that this prisoner will not become a public charge on release, but will be suitably employed at **to secure**

and will live at **806 Ola Ave., Talladega, AL**

and shall continue in the same until he obtains the permission of his Parole Officer to make a change. He shall go directly to **Talladega** and report immediately upon arrival to his Parole Officer at **Room 204, Judicial Building**.

It is therefore ORDERED that said prisoner be, and is, hereby paroled pending good behavior under supervision subject to the specific conditions of parole listed on the reverse side of this Order.



In witness whereof this Certificate bearing the seal of the State Board of Pardons and Paroles is issued this the **27th** day of **May** 19**96**.

By Order of:

STATE BOARD OF PARDONS AND PAROLES

_William C. Murray_
Executive Director

STATE OF ALABAMA

BOARD OF PARDONS AND PAROLES
Montgomery, Alabama 36130

11/10/97
Date

DECLARATION OF DELINQUENCY

TO THE DEPARTMENT OF CORRECTIONS:

TWYMAN, ROBERT JR _____ NUMBER 147,435

who has heretofore been paroled, having this day been declared delinquent, you are directed to take said parolee into custody pending revocation hearing.

VIOLATION OF CONDITION NUMBER:

#7   AGGRAVATED ASSAULT

STATE BOARD OF PARDONS AND PAROLES

By: _____
       Executive Director

Distribution:
Original - Bd. File
Field Office -   GEORGIA
Dept. of Corrections
Control Book

CO Form 011 (Rev. 6-90)

NAME: TWYMAN, ROBERT JR             SEX: M  RACE: B  DOB: 07/27/56  HAIR:
HGT: 5/03  WGT: 178  OFF:    ITY:  PIC:   OCA: 00147435  DOW: 11/04/97  EY:
FBI: 753419XL1  SSN: 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  OLN:                OLS:    OLY:   SI

FINGERPRINT CLASS   SMT: 082/SC R HND
05 00 00 16 07          SC L WRS
04 07 10 15 16

SMT:
SMT:                                                             00
                                                                 1-2
MIS: 809C/UNLAWFUL POSSESSIO #809C/UNLAWFUL POSSESSIO #0218/ASSAULT 1C
SID: 00750062   PAROLE DATE: 05/27/96  FROM: CATTLE RANCH

                                          Interstate Compact
AKA: TWYMAN, ROBERT JR                    Cobb Co. PD
     TWYMAN, ROBERT                       1-22-98
                                          ####### Marie

DLN:      /  /         .     /  /
DOB:  
     HAM/TWYMON, ROBERT JR
AIN: AIN/12732280  NIC/W039385753                       PRODUCT:

 

STATE OF ALABAMA
BOARD OF PARDONS AND PAROLES
Gordon Persons Building
P O Box 302405
Montgomery, Alabama 36130-2405
Central Office - Plaza (205) 242-8700

JANUARY 27, 1998

**JOHN S. NETTLES**
Chairman of the Board

**JUDITH C. O'CONNOR**
Associate Member

**LOUIE F. GRIMES**
Associate Member

**WILLIAM C. YOUNG**
Executive Director

Department of Corrections
Classifications & Records Director
Gordon Persons Bldg. Third Floor
50 North Ripley Street
Montgomery, Alabama 36130

In re: ROBERT TWYMON, JR.
147,435

Dear Sir:

On  NOVEMBER 10, 1997  the above named subject was declared delinquent. The Board has this date ordered that the delinquency be voided, the warrant for his arrest be withdrawn, and that he be  CONTINUED UNDER  parole supervision.

Please mark your records to show the same action.

Sincerely,

Executive Director

WCY/cm

Distribution:

Original - File
DOC
ACJIC
Office - GEORGIA
Control Book

CO Form 043 (8-93)

STATE OF ALABAMA

BOARD OF PARDONS AND PAROLES
Montgomery, Alabama 36130

6/8/98
Date

## DECLARATION OF DELINQUENCY

TO THE DEPARTMENT OF CORRECTIONS:

ROBERT TWYMON JR.                                          NUMBER   147,435

who has heretofore been paroled, having this day been declared delinquent, you are directed to take said parolee into custody pending revocation hearing.

VIOLATION OF CONDITION NUMBER:

7   AGGRAVATED ASSAULT

7   DC

STATE BOARD OF PARDONS AND PAROLES

By: _William C. _____
        Executive Director

Distribution:
Original - Bd. File
Field Office - GEORGIA
Dept. of Corrections
Control Book

CO Form 011 (Rev. 6-90)

NAME: TWYMON, ROBERT JR                    SEX: M RACE: B DOB: 07/27/56 HAIR:
HGT: 5/08 WGT: 178 OFF: 202 A13104   ITY: PIC: Talladega County Jail
                                         OCA: 00147435 DOW: 06/09/98 EY:
FBI: 753419X11 SSAN: 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 OLN:              OLS:        OLY:       S

FPC:
SMT:   SMT: 082/SC R HND   070/SC
SMT:
SMT:
SMT:

MIS: 809C/UNLAWFUL POSSESSIO *809C/UNLAWFUL POSSESSIO *021B/ASSAULT  Delinquent

SID: 00750062   PAROLE DATE: 05/27/96 FROM: CATTLE RANCH

AKA: TWYMAN, ROBERT JR    / /
                          / /
                          / /
                          / /

OLN:     / /       / /      / /      / /       / /
DOB:     / /       / /      / /      / /       / /
                        NIC:
AIN:                                                      PRODUCT: (

# STATE OF ALABAMA
# BOARD OF PARDONS AND PAROLES

## ACTION OF THE BOARD SUBSEQUENT TO PAROLE COURT

PAROLEE: Robert Twymon                                                      AIS # 147435

Parole Court was held before __Reida Blount__, Hearing Officer, on __3-9-04__, at __Talladega__, Alabama. The Hearing Officer has filed a Report and Recommendation, as required by statute, and this Board has reviewed the detailed statement of evidence, the findings, and the reasons supporting those findings, which were:

_____ **CHARGES PROVEN.** The Hearing Officer has determined that Charge(s) #_____ was/were proven to his reasonable satisfaction. His Report and Recommendation addressed the evidence of mitigating circumstances, as well as the evidence that conditions of parole were violated. The record further reflects that an acceptable parole plan is in place which offers the parolee a reasonable possibility of living and remaining at liberty without violating the law. It is, therefore, recommended that Parolee be RE-INSTATED to a satisfactory program.

It is recommended that the following additional conditions be imposed to improve the likelihood that the parolee will remain at liberty without violating the law:
_____
_____
_____

__✗__ **CHARGES PROVEN.** The Hearing Officer has determined that Charge(s) # __1-3__ was/were proven to his reasonable satisfaction. His Report and Recommendation addressed the evidence of mitigating circumstances, as well as evidence that conditions of parole were violated. It is, therefore, recommended that parole be REVOKED in this case.

Comes now the Board of Pardons and Paroles at Open Public Meeting, and after considering all evidence from Parole Court, including any mitigating circumstances, orders:

**BOARD INITIALS**

___ ___ ___ Continued to _____.
                            (date)

___ ___ ___ Taken under advisement

_DW_ _NM_ ___ That parole be REVOKED and given further consideration in __5-05__.

___ ___ ___ That parole be revoked since a satisfactory plan has not been submitted within a reasonable amount of time and for reasons addressed in parole court and given further consideration in _____.

___ ___ ___ That the order of delinquency is void and parolee is RE-INSTATED on parole with the following SPECIAL CONDITIONS: _____
_____
_____

Distribution Date __4-15-04__ to:

APR 16 2004

_____ Chairman of the Board    __4-14-04__ Date

_____ Member of the Board    __4-14-04__ Date

Original – Board File
Parole Office __Talladega - Hill__
Parolee  Robert Twymon
DOC
ACJIC
Control Book

_____ Member of the Board    _____ Date

STATE OF ALABAMA

DEPARTMENT OF CORRECTIONS

CENTRAL RECORDS DIVISION
1400 LLOYD STREET
P.O. BOX 301501
MONTGOMERY, ALABAMA 36130-1501
(334) 240-9500

JUN 9, 1998

TO: Joe Kuebler, CA
Board of Pardons & Paroles
Fifth Floor, East Tower
2 Martin Luther King Jr. Drive
Atlanta, GA 30334

RE: TWYMON, ROBERT JR
DOB: 07/27/56   R/S: B/M   AIS #: 00147435

DEAR SIR/MADAM:

ENCLOSED IS OUR FUGITIVE WARRANT, FINGERPRINTS AND PHOTOGRAPH OF THE ABOVE NAMED PAROLE VIOLATOR. THE STATE BOARD OF PARDONS AND PAROLES HAS CAUSE TO BELIEVE THAT THE ABOVE NAMED PAROLED PRISONER HAS LAPSED, OR IS ABOUT TO LAPSE, INTO CRIMINAL WAYS OR COMPANY, OR HAS VIOLATED CONDITIONS OF HIS PAROLE IN AN IMPORTANT RESPECT ON JUN 5, 1998, AND IS NOW WANTED BY THIS DEPARTMENT. PLEASE USE OUR WARRANT AS A DETAINER AND ADVISE WHEN THIS SUBJECT WILL BE AVAILABLE FOR OUR AGENT(S) TO OBTAIN CUSTODY FOR HIS RETURN TO THE ALABAMA PRISON SYSTEM. WE WILL EXTRADITE.

IF OUR FUGITIVE WARRANT IS NOT EXECUTED WITHIN SIXTY (60) DAYS, PLEASE RETURN SAME TO THIS OFFICE.

FOR COORDINATION OR INQUIRIES REGARDING THIS CASE, PLEASE CONTACT: DIRECTOR, INMATE RECORDS ADMINISTRATION, AT THE ABOVE ADDRESS OR TELEPHONE NUMBER.

THANKING YOU FOR YOUR COOPERATION IN THIS MATTER OF MUTUAL INTEREST, I AM

VERY TRULY YOURS,

JOE S. HOPPER, COMMISSIONER
ALABAMA DEPARTMENT OF CORRECTIONS

ENCLOSURES

ALABAMA DEPARTMENT OF CORRECTIONS

HERIFF'S CERTIFICATE TO ALABAMA DEPARTMENT OF CORRECTIONS UNDER ACT 184, LABAMA STATE LEGISLATURE, SIGNED BY THE GOVERNOR, AUGUST 23, 1976.

O:  DEPARTMENT OF CORRECTIONS OF THE STATE OF ALABAMA.

   I HEREBY CERTIFY AS FOLLOWS:

AME: TWYMON, ROBERT JR            AIS#: 00147435    R/S: B/M   DOB: 07/27/56

THE ATTACHED FUGITIVE WARRANT ON THE ABOVE NAMED PAROLE VIOLATOR WAS EXECUTED Y THIS OFFICE AS FOLLOWS:

DETACH FROM DEPARTMENT OF CORRECTIONS WARRANT, COMPLETE ALL APPLICABLE ITEMS, ND RETURN AT ONCE).

- DATE INCARCERATED IN COUNTY JAIL:
- DATE WARRANT EXECUTED:
- LOCAL CHARGES PENDING:   (Y) (N)  (CIRCLE ONE--IF YES, COMPLETE ITEM #4).
- WARRANTS ATTACHED FOR DETAINER:   (Y) (N) (TO BE MAILED)  CIRCLE ONE.
- SUBJECT (IS) (IS NOT) READY FOR PICKUP BY DEPARTMENT OF CORRECTIONS AGENTS.
- IF SUBJECT IS NOT READY FOR PICKUP, PLEASE STATE REASON.  WHEN SUBJECT IS EADY FOR PICKUP, NOTIFY THIS OFFICE BY TELEPHONING (334) 240-9500.

   DEFENDANT WAS NOT INCARCERATED IN THE COUNTY JAIL UNDER SAID WARRANT FOR ANY ERIOD(S) OF TIME OTHER THAN THOSE WHICH ARE SET FORTH ABOVE.

  THIS THE         DAY OF              , 19    .

                                    SIGNATURE:

                                    SHERIFF OF               COUNTY, AL.

OTES:

- MAIL ORIGINAL OF THIS FORM AT ONCE TO:  DEPARTMENT OF CORRECTIONS, CENTRAL ECORDS DIVISION, 1400 LLOYD STREET, P.O. BOX 301501, MONTGOMERY AL 36130-1501

- RETAIN OUR WARRANT IN YOUR FILE AS ADETAINER.

- IF SUBJECT ESCAPES FROM YOUR JAIL, IMMEDIATELY NOTIFY STATON COMMUNICATIONS ENTER (334) 567-2221 AND THIS OFFICE AT(334) 240-9500  FOLLOWED BY WRITTEN ONFIRMATION TO THIS OFFICE.

STATE OF ALABAMA

DEPARTMENT OF CORRECTIONS

FUGITIVE WARRANT

TO: ANY PEACE OFFICER.

WHEREAS TWYMON, ROBERT JR, SERIAL NUMBER 00147435, WAS CONVICTED OF THE OFFENSES SPECIFIED ON PAGE 2 OF THIS WARRANT; THAT THE SAID CONVICT WAS SENTENCED TO IMPRISONMENT IN THE ALABAMA STATE PENITENTIARY FOR A TERM OF 25 YEARS, 0 MONTHS, AND 1 DAYS; THAT THE SAID CONVICT WAS THEREUPON CONFINED IN SAID PENITENTIARY IN ACCORDANCE WITH SAID SENTENCE: THAT THE SAID CONVICT HEREAFTER AND TO WIT: ON THE 27TH DAY OF MAY, 1996, THE SAID CONVICT WAS PAROLED BY THE STATE BOARD OF PARDONS AND PAROLES, PENDING GOOD BEHAVIOR: WHEN ON THE 5TH DAY OF JUN, 1998, THE STATE PARDONS AND PAROLE BOARD, HAVING REASONABLE CAUSE TO BELIEVE THAT SAID PRISONER HAS LAPSED, OR IS ABOUT TO LAPSE, INTO CRIMINAL WAYS OR COMPANY OR HAS VIOLATED CONDITIONS OF HIS PAROLE IN AN IMPORTANT RESPECT, ORDERED SAID PAROLEE ARRESTED AND RETURNED TO THE CONFINE OF THE PENITENTIARY TO APPEAR BEFORE THE STATE BOARD OF PARDONS AND PAROLES WHO WILL DETERMINE THE PAROLE STATUS OF SAID PAROLEE.

WHEREFORE, THE UNDERSIGNED OF THE DEPARTMENT OF CORRECTIONS BY VIRTUE OF THE AUTHORITY CONFERRED UPON HIM BY THE STATE OF ALABAMA, DOES HEREBY AUTHORIZE AND DIRECT YOU TO RETAKE THE SAID PAROLE VIOLATOR WHEREVER HE MAY BE FOUND, FOR HIS RETURN TO THE SAID STATE DEPARTMENT OF CORRECTIONS, SITUATED IN MONTGOMERY IN THE STATE OF ALABAMA.

IN TESTIMONY THEREOF, I HAVE HEREUNTO SET MY HAND AND THE SEAL OF THE DEPARTMENT OF CORRECTIONS THIS 9TH DAY OF JUN, 1998.

JOE S. HOPPER, COMMISSIONER
ALABAMA DEPARTMENT OF CORRECTIONS

PLEASE COMPLETE THE SECTION BELOW AND DELIVER TO AGENT(S) RECEIVING PRISONER.

========================================================================

STATE OF            COUNTY OF            THIS WRIT CAME TO HAND          ,
AND NOTIFYING THE STATE DEPARTMENT OF CORRECTIONS BY WIRE THAT THE PRISONER WAS AVAILABLE FOR TRANSFER TO THE STATE OF ALABAMA, DEPARTMENT OF CORRECTIONS, AND THAT EXTRADITION WAS    /WAS NOT    NECESSARY.

THE ABOVE LISTED CONVICT NAMED IN THIS WRIT WAS DELIVERED TO
                            , AGENT(S) OF THE STATE DEPARTMENT OF
CORRECTIONS ON          , 19    FOR REMOVAL TO THE STATE OF ALABAMA.


        ARRESTING OFFICER                              IDENTIFICATION OFFICER

RECEIVED OF                             , AGENT(S) THE CONVICT, AIS # 00147435 ,
NAMED IN THIS WRIT. THIS THE     DAY OF            , 19  .

```
* * * * * * * * * * *     P A G E  2     * * * * * * * * * * * *

ATE: 09 JUN, 1998 NAME: TWYMON, ROBERT JR              SERIAL NUMBER: 00147435
    ********     OFFENSES FOR WHICH THIS FUGITIVE WAS CONVICTED    ********
================================================================================
                                         SENTENCE    SENTENCE   SENTENCING
       <><><>       OFFENSE      <><><>    DATE        TERM       COUNTY      CS/CC

NLAWFUL POSSESSION CONTROL SUBSTANCE     06/30/87     5/00/00   TALLADEGA      CC
SSAULT I                                 05/18/89    20/00/01   TALLADEGA      CS
NLAWFUL POSSESSION CONTROL SUBSTANCE     06/30/87     5/00/00   TALLADEGA      CS

         * * * * * * * * *   E N D    P A G E  2    * * * * * * * * *
```