IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT TWYMAN, JR., #147435, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No.2:06cv833-MEF |
| | ) |
| ALABAMA DEPARTMENT OF CORRECTIONS, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Petitioner has asserted that he has not received Respondents' response to his request for certain documents. Accordingly, and in the interest of judicial economy, the Clerk is DIRECTED to provide Petitioner with a copy of Respondents' *Response to Request for Documents* and all documents attached thereto (Doc. No. 39). It is further

ORDERED that Petitioner's *Motion for Order Compelling Requested Documents* (Doc. No. 40) and *Motion for Correction of Respondents' Errors* (Doc. No. 44) be and hereby are DENIED as moot.

Done this 14th day of January, 2008.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE