IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT TWYMAN, JR., #147435, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  Civil Action No.2:06cv833-MEF |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the petitioner's January 30, 2008, motion (Doc. No. 49) for leave to amend his supplemental response with materials in support of the claims presented in his habeas petition, and for good cause, it is

ORDERED that this motion (Doc. No. 49) be and is hereby GRANTED.

Done this 30th day of January, 2008.

                                              /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE