IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT TWYMAN, JR.

   Petitioner,

v.           )  Civil Action No.2:06cv833-MEF
             )
ALABAMA DEPARTMENT OF   )
CORRECTIONS, *et al.*,      )
             )
   Respondents.      )

**PETITIONERS' NOTICE TO FEDERAL COURT
OF STATE COURTS' INTERVENTION**

Comes Now, petitioner in the above styled cause, moves this Court, with Notice of State Courts' Intervention, into matters presented in his Title 28 U.S.C. section 2254, pending before this court.

Petitioner's enclosing an affidavit, acknowledging as to what the Twenty-Ninth Judicial Court of Talladega Alabama, is/has done pertaining to the issue of dead time pending before this Court.

Done this the 25 day of February 2008.

                    /s/ Robert Twyman

CERTIFICATION OF SERVICE

I hereby certify that I have this 25 day of February, 2008 served a true and correct copy of this Notice and Affidavit on the ALDOC, Legal Division, by placing the same in the U.S. Mail postage prepaid and properly addressed.

                  Robert Twyman

Alabama Department of Corrections   147435  C2-14A
Legal Division              P.O. Box 8
P.O Box 301501           Elmore, Alabama 36025
Montgomery, Alabama 36130

                  Attorney General Office
                  11 South Union Street
                  Montgomery, Alabama
                      36130

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT TWYMAN, JR. )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ALABAMA DEPARTMENT OF )<br>CORRECTIONS, et al., )<br>)<br>Respondents. ) | Civil Action No.2:06cv833-MEF |

## AFFADAVIT

I Robert Twyman, Jr., petitioner in the above numbered case, submits this affidavit in good faith, being true and correct to the best of my knowledge.

On December 13, 2007, I submitted to the Alabama Court of Criminal Appeals a Writ of Mandamus. My sole purpose was for the Court of Appeals to order the ALDOC, to honor the court opinion in *Twyman v. State*, CR-04-1744. (*Twyman was remanded to the custody of the Alabama Department of Corrections to serve the remaining 5 years, 8 months and 5 days of this prior sentence*).

I served (6) six copies on interested parties, the Talladega County Circuit Clerk Office was one. The Court of Criminal Appeals denied the writ, CR-07-396.

The Circuit Clerk Office of Talladega County forwarded me an Affidavit of Substantial Hardship and Order, alone with a Cover Sheet. January 10, 2008, I properly returned those document to the Circuit Clerk Office.

I've received a Notice of Service from the Circuit Clerk's Office in Talladega County, that on 2/7/2008, *Twyman v. ALDOC*, CV-08-24 was served.

I'm confused. All I wanted was for the Court of Criminal Appeals to order the ALDOC to honor the opinion of CR-04-1744.

Talladega County, is the sentencing court of my conviction, knowing the truth as to how much time my sentence consists of. I had no intentions of filing a State complaint, with the same issues of dead time, which is pending before this Court.

2

I don't know what the intention of the Talladega Circuit Court are, as to what this proceeding consist of, Habeas Corpus, Mandamus, etc.. However it seems, the Circuit Court has taken jurisdiction of the matter.

If, CV-08-24, dismissed by me, respondents may state, I refused relief on the issue of dead time; or if, the Circuit Court adjudicate the dead time issue, respondents may plead res judicata to this Court.

I know this Court can not give me any legal advice, but *I'm confused.* This affidavit's for notification of the sentencing court, taken interest upon it on, in one of the issues presented to this Court by me, in my Writ of Habeas Corpus. Respectfully I state to this Court, I have not willingly or intentionally filed another complaint into the State Court requesting relief in any of the issues presented to this Federal Court. I've plead to the respondents, before this Court, to honor the Alabama Court of Criminal Appeals opinion of CR-04-1744. Respondents would not address the matter.

My intentions were for the Alabama Court of Criminal Appeals to order the ALDOC to honor their prior opinion, by way of the Writ of Mandamus. Through a Certification of Service, upon the Circuit Clerk Office of Talladega County, Alabama, it appears Judge WM E Hollingsworth, III, has taken this matter into his own hands.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____

/s/ _____

3

Robert Twyman, Jr
AIS #147435  C2-14A
ELMORE CORR. FACILITY
P.O. Box 8
Elmore, Alabama 36025

MONTGOMERY AL 361

25 FEB 2008  PM 4 T

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

"LET US DARE TO
THINK, SPEAK AN
John Adams, 176
power of the jet



Clerk of the United States District Court
P.O. Box 711
Montgomery, Alabama 36101

