IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Robert Twyman, Jr., §
    Petitioner, §
V. § Case No. 2:06-CV-833-MEF
Alabama Department of Corrections, et al., §
    Respondents. §

### INTERROGATORIES TO THE ALDOC DIRECTOR OF CENTRAL RECORDS

Comes Now, Petitioner in the above styled cause pursuant to Rule 33, Fed.R.Civ.P., request respondents to answer each, interrogatories separately and fully in writing under oath:

1. What date did you become the Director of Central Records for the ALDOC?

2. What the normal procedure, for you office being notified that a parolee has absconds from supervision? The procedure of a parolee absconds from supervision on IC with another state?

3. Where's the IC unit located, (mailing address; phone number), that the ALDOC receives or issue information concerning parolee?

4. Who are the present compact administrator and the deputy administrator? Who were the administrator and the deputy administrator in 1998?

5. Would you list each and every time, your office has been notified that petitioner was a parole violator?

6. What agencies have notified your office that petitioner had violated the conditions of his parole? Please include dates.

7. Would you explain to the Court how the ALDOC works with the IC unit, the ACJIC, and the NCIC, to arrest parole violators?

8. Is it a practice of the ALDOC to use documents over 5 years to request the arrest of parole violator? Is there a policy/rule as to the updating of warrants for the arrest of parole violator?

9. Once the ABPP acknowledge to your office a parolee has violated, how long does it usual take your office to enter this data in the NCIC network?

10. If, petitioner had been discharged from the IC, by the ABPP would your office been notified? Explain, if petitioner had absconds from supervision, who would notified your office?

11. Is the ALDOC Commissioner a member of the ACJIC commission?

12. Is it the policy of the ALDOC to follows the guidelines of the ACJIC concerning parole violator?

13. Explain how the ALDOC has jurisdiction of an inmate that has been paroled by the ABPP, to another State, as to the events of violations, which occurred on parole? Is punishment for violation being imposed by the ALDOC, a common practice? If so give examples.

14. Explain how petitioner has a maximum release date of 2/28/18? How does petitioner has a short and long date on a 25 years and 1 day sentence?

15. Explain, how the ALDOC requires an inmate to serve "Dead Time" for alleged violation on parole, but neither the ABPP nor any court had made such a recommendation? *See Response Record CR-04-1744 pg. 15 "Date Sentence Expires 12-25-2009.*

CONCLUSION

Wherefore, the premises considered, Petitioner Prays Respondents will answer the foregoing interrogatories within (30) thirty days.

Done this the 31st day of March 2008.

/s/ Robert Turman, Jr.