IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 APR -1 A 9: 27

Robert Twyman, Jr. §
    Petitioner, § DEBRA P. HACKETT, CL.
                                 U.S. DISTRICT COURT
                                 MIDDLE DISTRICT ALA
V.                                          §       Case No. 2:06-CV-833-MEF

Alabama Department of Corrections, *et al.*, §

    Respondents. §

## SECOND SET OF INTERROGATORIES TO BE ANSWERED BY RESPONDENTS

Comes Now, Petitioner in the above styled cause pursuant to Rule 33, Fed.R.Civ.P., request respondents to answer each, interrogatories separately and fully in writing under oath:

1. Who was the person that entered the Authorization to Issue Warrant for Paroled Prisoner, Court Doc #39 pg. 9 of 10, on 2/20/04, in to the IC computer?

2. Are there rules governing the date upon documents that are being place in the IC network? If so, explain.

3. Are there any rules regarding that the person signature, which appear upon the document, being entered into the network, must be in that position (director of ABPP) when the document's entered into the network? If so explain.

4. Are there any rules applying to the person which enter that information into the network, concerning the validation of that document being entered? If so, explain.

5. Who requested the Authorization to Issue Warrant for Paroled Prisoner, the document in question, be placed into the IC network? Did they state a reason? If so, explain.

6. Is the IC network connected to the ACJIS or NCIC?

7. When a parolee's wanted by the ABPP, who authorizes the IC to enter the data into the network? Usually how for back are documents dated, before being denied entrance into the IC network? One year, two years, explain.

8. What's the procedure of entering into the IC network a document, similar to the one in question? Please give step-by-step details.

1

9. If, a person enters false or misleading information into this network, what could possibly be the punishment?

## CONCLUSION

Wherefore, the premises considered, Petitioner Prays, Respondents will answer the foregoing interrogatories within (30) thirty days.

Done this the 31st day of March 2008.

/s/ *Robert Sawyman, Jr.*