IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Robert Twyman, Jr., | § |
| Petitioner, | § |
| V. | § Case No. 2:06-CV-833-MEF |
| Alabama Department of Corrections, et al., | § |
| Respondents. | § |

### PETITIONER'S REQUEST FOR DOCUMENTS

Comes Now, Petitioner in the above styled cause, pursuant to Rule 34(b)(1)(E), Fed.R.Civ.P., request respondents to product true and correct copies of the following documents to this Court and petitioner.

1. Complete copies of the IC contract between the ABPP, GBPP and petitioner, done in 1996. Also, the final disposition of said contract.

Respondents has produced to this Court, a document that was filed into the IC network, therefore assist to the contract and disposition should be available to the respondents.

2. Respondent's attachment, Court document #39 pg. 9 of 10, shows this document to be pg. #2 when entered into the IC. Petitioner requests all pages of that record/file be produced in which pg. 2 was a part of.

3. A full complete/true printout from the NCIC Room/Central Records Office, concerning the petitioner, warrants conviction, etc., on file.

4. Petitioner again, request respondents to produce a complete copy of the 13-page recommendation of the parole hearing, prepared at the Talladega County Probation Office. It, shows evidence that petitioner was not in the NCIC, at the time of his arrest 2/13/04. That Hill contacted the IC unit, which contacted the ALDOC, therefore through a chain of events, petitioner, has been illegal incarceration.

Respondents could request the official at Elmore Correctional Center to delicate petitioner's copy, and he will forward copies to the Court and respondents.

Done this the 31st day of March 2008.

/s/ Robert Twyman Jr.