IN THE DISTRICT COURT OF THE UNITED STAES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| ROBERT TWYMAN<br>(AIS # 147435) | )<br>)<br>) |
| Petitioner, | )<br>)<br>)<br>) |
| v. | ) CIVIL ACTION NO.: 2:06-CV-833-MEF<br>) |
| ALABAMA DEPARTMENT OF<br>CORRECTIONS, et al., | )<br>)<br>)<br>) |
| Respondents. | ) |

### NOTICE OF DISCOVERY

Come now the Respondents, through undersigned counsel, and submit the following Notice of Discovery:

1. Responses to Petitioner's Request for Production;

2. Responses to Petitioner's Second Set of Interrogatories to be Answered by Respondents; and

3. Responses to Petitioner's Interrogatories to the ALDOC Director of Central Records.

                                        RESPECTFULLY SUBMITTED,

                                        KIM T. THOMAS
                                        DEPUTY ATTORNEY GENERAL
                                        GENERAL COUNSEL

                                        /S/ Tara S. Knee
                                      TARA S. KNEE(KNE003)
                                      ASSISTANT ATTORNEY GENERAL
                                      ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**
Legal Division
Alabama Department of Corrections
301 South Ripley Street
Montgomery, Alabama 36130
(334)-353-3881

### CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing pleading upon the Plaintiff:

Inmate Robert Twyman
AIS#147435
Elmore Correctional Facility
P.O. Box 8
Elmore, Alabama 36025

on this the 2nd day of May, 2008 by placing the same in the United States Mail first class postage prepaid and properly addressed.

/S/ Tara S. Knee
TARA S. KNEE (KNE003)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL