IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT TWYMAN, 'R. | § |
| | § |
| Petitioner. | § |
| v. | § Civil Action No. 2:06-cv-833-MEF |
| | § |
| ALABAMA DEPARTMENT OF | § |
| CORRECTION, *et al.*, | § |
| | § |
| Respondents. | § |

### PETITIONERS' NOTICE TO FEDERAL COURT OF STATE COURTS' HEARING

Comes Now, Petitioner in the above styled cause, moves this Court with a copy of the Circuit Court of Talladega County, Alabama Notice of Case Setting;

### FACTS

1. On February 25, 2008, petitioner first gave notice of the Circuit Court of Talladega County, Alabama intervening, by that Court taking Judicial Notice from a copy of a Writ of Mandamus, and proceeded to act upon the issue of "Dead Time".

2. The Circuit Court has served respondents several times, requesting an answer. *Respondents have not replied to the Circuit Courts' request.*

3. The Circuit Court has set a hearing for 6/9/08, @ 2:15 PM, in Courtroom 2, Talladega County Judicial Building. See attached Notice. (*Petitioner has not served respondents with a copy of the attachment; petitioner has limited copies*).

4. The Circuit Court has requested Attorney Tara S. Knee, (*respondents attorney in this case*) to respond to Petitioner's Petition For Writ of Mandamus. See attached Notice.

5. Petitioner has not filed any pleading, into the Circuit Court. However, petitioner will except any assistance, received from the Circuit Courts' hearing, as an attempt to correct this "*Grave Miscarriage of Justice*" being imposed, by the respondents.

Done this 7th day of May 2008.

*Robert Twyman, Jr.*

1

## CERTIFICATION OF SERVICE

I hereby certify that I have this 7th day of May, 2008 served a true and correct copy of this Notice on the ALDOC, Legal Division, and the Attorney General Office for the State of Alabama by placing the same in the U.S. Mail postage prepaid and properly addressed.

*Robert Twyman, Jr.*
147435 C2-14A
P.O. Box 8
Elmore, Alabama 36025

| Alabama Department of Corrections | Attorney General Office |
| Legal Division | 11 South Union Street |
| P.O. Box 301501 | Montgomery, Alabama |
| Montgomery, Alabama | 36130 |
| 36130 | |

Robert Twyman Jr
AIS# 147435
Dorm C2-14A
Elmore Correctional Center
P.O. Box 8
Elmore, Al 36025





Office of the Clerk
U.S. District Court
Middle District Court
P.O. Box 711
Montgomery, Alabama
36101





**AlaFile E-Notice**

61-CV-2008-000024.00

Judge: WM E HOLLINGSWORTH III

To: TWYMAN ROBERT JR         (PRO SE)
AIS #147435  C2-14A
P O BOX 8
ELMORE, AL 36025

# NOTICE OF CASE SETTING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

ROBERT TWYMAN, JR VS ALA DEPT OF CORRECTIONS
61-CV-2008-000024.00

The following matter was SET FOR HEARING

D001 ALA DEPT OF CORRECTIONS
RESPONSE TO PETITIONER'S PETITION FOR A WRIT OF MANDAMUS

[Attorney: KNEE TARA SMELLEY]

Hearing Date:   06/09/2008
Hearing Time:   02:15:00 PM
Location:       No. 2

Notice Date:    4/24/2008 1:52:42 PM

**CLARENCE HAYNES**
**CIRCUIT COURT CLERK**
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL 35160

256-761-2102
clarence.haynes@alacourt.gov