IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT TWYMAN, JR. §
 §
    Petitioner, §
 §
v. §   Civil Action No. 2:06-cv-833-MEF
 §
ALABAMA DEPARTMENT OF §
CORRECTION, et al., §
 §
    Respondents. §

## PETITIONER'S REQUEST FOR ADMISSION

    Comes Now, Petitioner in the above styled cause, pursuant to Rule 36, Fed.R.Civ.P., requests respondent Holt, the Director of the Central Records Division to admit the truth, to the following;

    1. Ms. Holt admit the truth; you have no personal knowledge of petitioners' being classified as a parole violator in 1997 or 1998, cause you assumed this position as Director in 2003.

    2. Ms. Holt admit the truth; Court Document #39, pg. 9 of 10, shows at the top of the page, it was entered into the IC network on 2/20/04.

    3. Ms. Holt admit the truth; the so-called parole warrant was cancelled on 3/24/04, by the BOC/Central Record Office as described in CR-04-1744, pg. 18.

    4. Ms. Holt admit the truth; petitioner had completed both the (5) years sentences for Possession of Controlled Substance, before 5/27/96.

    5. Ms. Holt admit the truth; petitioners' ACJIC rap sheet does not shows him ever been arrested as a parole violator.

    6. Ms. Holt admit the truth; the ACJIC rap sheet shows "Advisory Notice of Possible Alabama Probationer", of the petitioner.

    7. Ms. Holt admit the truth; the ACJIC rap sheet shows petitioner as been under supervision-custody, without any violation of supervision, since 5/27/96.

1

8. Ms. Holt admit the truth; the ACJIC rap sheet shows petitioner last arrest was 2/13/04 in Talladega Alabama for FTA Child Support, and nothing concerning any parole violations.

9. Ms. Holt admit the truth; the ACJIC rap sheet shows petitioner is being housed at Elmore Corrections Facility for Possession of Controlled Substance.

10. Ms. Holt admit the truth; the ACJIC rap sheet reveal the truth of this matter, petitioner's presently incarcerated pursued to a sentence that has expired and his parole of 5/27/96 has never been revoked.

Done this the 12th day of May 2008.

*Robert Twyman, Jr.*

CERTIFICATION OF SERVICE

I hereby certify that I have this 12th day of May, 2008 served a true and correct copy of this Request for Admission on the ALDOC, Legal Division, and the Attorney General Office for the State of Alabama, by placing the same in the U.S. Mail postage prepaid and properly addressed.

*Robert Twyman, Jr.*
147435 C2-14A
P.O. Box 8
Elmore, Alabama 36025

Alabama Department of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama
    36130

Attorney General Office
11 South Union Street
Montgomery, Alabama
    36130

2