IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT TWYMAN, JR. | § | |
| | § | |
| Petitioner | § | |
| v. | § | Civil Action No. 2:06-cv-833-MEF |
| | § | |
| ALABAMA DEPARTMENT OF | § | |
| CORRECTION, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## MOTION TO COMPEL DOCUMENTS

Comes Now, petitioner in the above styled cause, pursuant to Rule 37, Fed.R.Civ.P., move this Court for an ORDER for Respondents to produce the following, requested documents.

1. Petitioner requested the complete copy of the IC contract and the final disposition. Respondents did not produce the final disposition.

2. Respondents appear to, not understand; Court document #39 pg. 9 of 10, show a page #2. Petitioner requested pages 1, 2, etc. the entire file.

3. Respondent's answer to Petitioner's Request For Documents, attachment #1, the IC agreement was prepared in the Judicial Building in Talladega County, Alabama, by Resia W. Haywood, petitioners' Alabama Parole Officer, in 1996. This shows respondents have access to ABPP records. The 13-page recommendation was prepared in the same building. Also, Ms. Haywood, in the same Judicial Building prepared petitioners' Application for a Pardon.

4. Petitioner request this Court to ORDER respondents to produce; a) the final disposition of the IC contract; b) petitioner's Application for a Pardon and final disposition; c) the 13 page recommendation of the parole hearing and d) 02/20/2004 10:26 334353391 Interstate Compact page **01** etc. (the entire records) of Court Document #39 page 9 of 10.

5. Respondents having no access to the requested document, **is no excuse.** Respondents have produced documents from the Talladega County Probation Office and the ABPP office, in the past. Therefore, the request document can be produced.

6. The requested document will show evidence that respondents are not authorized by any judgment, order or decree nor by any provision of the law, to continue detaining petitioner of his freedom.

## CONCLUSION

Wherefore, the premises considered, Petitioner Prays this Court will Grant this motion, and order respondents to submit copies of the requested document to this Court and Petitioner.

It Is So Prayed:

Done this the 12th day of May 2008.

*/s/ Robert Twyman Jr.*

## CERTIFICATION OF SERVICE

I hereby certify that I have this 12th day of May, 2008 served a true and correct copy of this Motion to Compel Documents on the ALDOC, Legal Division, and the Attorney General Office for the State of Alabama, by placing the same in the U.S. Mail postage prepaid and properly addressed.

*/s/ Robert Twyman Jr.*
147435 C2-14A
P.O. Box 8
Elmore, Alabama 36025


Alabama Department of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama
36130

Attorney General Office
11 South Union Street
Montgomery, Alabama
36130

Robert Twyman, Jr.
147435 C2-14a
Elmore Correctional Center
P.O. Box 8
Elmore, Al 36025



Office of the Clerk
U.S. District Court
Middle Distrist Of Alabama
P.O. Box 711
Montgomery, Alabama
          36101

36101+0711-11  B007

