IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

20[?] MY 15 A 9: 09

[?]RA P. HACKETT, [?]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | | |
|---|---|---|
| ROBERT TWYMAN, JR. (#147435), | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:06-CV-833-MEF |
| | ) | |
| ALABAMA DEPARTMENT | ) | |
| OF CORRECTIONS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## RESPONSE TO PETITIONER'S NOTICE

Come now Respondents in the above styled cause, by and through undersigned counsel, and submit this response to Petitioner's notice to "Federal Court of State Courts' hearing." (Doc. 61) Respondents state as follows:

1.    Petitioner filed a notice making serious allegations against Respondents and undersigned counsel.

2.    The Circuit Court of Talladega County has not requested that Respondents answer as Respondents responded to Petitioner's Writ of Mandamus on March 11, 2008. (Attached hereto as Exhibit1)

3.    The Circuit Court of Talladega County has set the matter for June 9, 2008.

4.    Petitioner states that he has not filed any pleading into the Circuit Court. Petitioner filed a Writ of Mandamus with the style of "In the Court of Criminal Appeals of Alabama;" however, this matter is in the Circuit Court of Talladega County. (Attached hereto as Exhibit 2)

1

Wherefore these premises considered, Respondents pray that this Honorable

Court will take notice of Respondents' position on this matter.

<div align="right">

Respectfully submitted,

Kim T. Thomas (THO115)
Deputy Attorney General
General Counsel

*Tara S Knee*

Tara S. Knee (KNE003)
Assistant Attorney General
Assistant General Counsel

</div>

**OF COUNSEL**:
Alabama Department of Corrections
Legal Division
P. O Box 301501
Montgomery, Alabama 36130
(334)353-3881
FAX: (334)353-3891

<div align="center">

## CERTIFICATE OF SERVICE

</div>

I hereby certify that on the 13th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

> Inmate Robert Twyman, Jr.
> AIS #147435
> Elmore Correctional Facility
> P.O. Box 8
> Elmore, Alabama 35025

<div align="right">

*Tara S Knee*

Tara S. Knee (KNE003)
Assistant Attorney General
Assistant General Counsel

</div>

2

IN THE CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA

ROBERT TWYMON, JR., (#147435)    )
                                 )
    Petitioner,              )
                                 )
vs.                              )    CIVIL ACTION NO. 2008-24
                                 )
ALABAMA DEPARTMENT OF            )
CORRECTIONS,                     )
                                 )
    Respondent.              )

## RESPONSE TO PETITIONER'S
## PETITION FOR A WRIT OF MANDAMUS

Comes now Respondent Alabama Department of Corrections, in the above-styled cause, by and through undersigned counsel, and submits to this Honorable Court its response to the Petitioner's Petition for a Writ of Mandamus, and he states as follows:

1.    That Petitioner alleges that dead time has been added to his sentence and that his sentence has been miscalculated.

2.    That Respondent denies Petitioner's sentence has been miscalculated. Respondent reserves the right to supplement this response at a later date.

3.    That "[m]andamus is an extraordinary remedy. A petition for writ of mandamus is not to be granted unless the petitioner has demonstrated [']( 1) a clear legal right to the order sought; (2) an imperative duty upon the respondent to perform, accompanied by a refusal to do so; (3) the lack of another adequate remedy; and (4) properly invoked jurisdiction of the court.['] *Ex parte Glover*, [801 So.2d 1,2 (Ala. 2001)], citing *Ex parte Alfab, Inc.*, 586 So.2d 889[,891](Ala. 1991). The petitioner bears the burden of proving all four of these elements before a writ of mandamus will issue." *Tatum v. Freeman*, 893 So.2d 1213, 1218 (Ala. Civ. App. 2004) In the case at bar,



DEFENDANT'S
EXHIBIT
1

1

Petitioner has failed to meet the essential prongs for the issuance of a writ of mandamus.

4.    That Petitioner does not have a clear legal right deny that he should not serve time on his sentence, particularly dead time.

*Ala. Code* §15-22-32(a) (1975) states:

Whenever there is reasonable cause to believe that a prisoner who has been paroled has violated his or her parole, the Board of Pardons and Paroles, at its next meeting, shall declare the prisoner to be delinquent, and time owed shall date from the delinquency. The warden of each    prison shall promptly notify the board of the return of a paroled prisoner charged with violation of his or her parole. ... Upon revocation of parole, the board may require the prisoner to serve out in prison the balance of the term for which he or she was originally sentenced, calculated from the date of delinquency or the part thereof as it may determine. The delinquent parolee shall be deemed to have begun serving the balance of the time required on the date of his or her rearrest as a delinquent parolee.

Therefore, when Petitioner was declared delinquent, the time ran from that date until he was rearrested. In *Ivy v. State of Alabama*, 381 F. Supp. 503, 504 (S.D. Ala. 1974), it was held that "[b]y State law the time spent on parole is credited to one's prison term." (Citing *Summers v. State*, 31 Ala. App. 264, 15 So. 2d 500). "However, once a parolee is declared delinquent he is no longer serving his sentence in any capacity." (*Ivy* at 504; citing *Anderson v. Corall*, 263 U.S. 193, 44 S.Ct. 43, 68 L.Ed. 247).

In this present case, Petitioner was declared delinquent on June 8, 1998. (Ex. 1) Petitioner was recaptured on February 13, 2004. (Ex. 1) Petitioner's parole was revoked on April 14, 2004. (Ex. 1) During this time frame, Petitioner accumulated 5 years, 8 months, and 5 days of dead time that must be added to Petitioner's sentence. (Ex. 1) Therefore, Petitioner's minimum release date is correct.

5.    That Respondent has properly calculated Petitioner's sentence.

6.    That the adequate remedy is through the form of a petition for writ of

2

habeas corpus, pursuant to *Ala. Code*, 1975, §15-21-4. The petition for writ of habeas

corpus is to be heard in the county of confinement. In this present case, the county of

confinement is Elmore County, Alabama.

Wherefore these premises considered, Respondent prays hat this Honorable Court

will deny the Petitioner's Petition for a Writ of Mandamus and dismiss this cause.

Respectfully submitted,

Kim T. Thomas (THO115)
Deputy Attorney General
General Counsel

Tara S. Knee (KNE003)
Assistant Attorney General
Assistant General Counsel

**ADDRESS OF COUNSEL:**
Alabama Department of Corrections
Legal Division
Post Office Box 301501
Montgomery, Alabama 36130
(334) 353-3881

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon:

Inmate Robert Twymon
AIS # 147435
Elmore Correctional Facility
P.O. Box 8
Elmore, AL 36025

by placing same in the United States Mail, first class postage prepaid, and properly

addressed March 1‘ , 2008.

Of Counsel

IN THE COURT OF
CRIMINAL APPEALS
OF ALABAMA

Robert Twymon, Jr., AIS No. 147435           )
    Plaintiff                                )
                                             )
    vs.                                      )    CASE NO. CV-08-24
                                             )
Alabama Department of Corrections, et al.    )
    Defendant                                )

## A F F I D A V I T

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared one Kathy Holt, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Kathy Holt. I am presently employed by the State of Alabama, Department of Corrections, as Correctional Records Director, 301 South Ripley Street Montgomery, Alabama 36104.

This is to certify that Robert Twymon, AIS No. 147435, was paroled May 27, 1996(Attachment #1), declared delinquent November 10, 1997(Attachment #2), recaptured January 22, 1998(Attachment #3), and continued on parole January 27, 1998 (Attachment #4). On June 8, 1998(Attachment #5), Inmate Twymon was declared delinquent, arrested February 13, 2004(Attachment #6) and revoked April 14, 2004(Attachment #7). The delinquency of June 8, 1998 was not voided, the inmate was revoked April 14, 2004. If the Pardon and Parole Board orders that the delinquency be voided and the inmate continued on parole, dead time is not accrued. However, if the Pardon and Parole Board revokes the inmate dead time will accrue from the date of delinquency until the date of recapture, as is in this situation when Inmate Twymon was declared delinquent June 8, 1998 and recaptured February 13, 2004 and revoked April 14, 2004.

The fugitive warrant for inmate Twymon was issued June 9, 1998(Attachment #8) by the Alabama Department of Corrections, Pursuant to Code of Alabama, 1975 §15-22-31, it is the



responsibility of the Alabama Department of Corrections and not the Alabama Pardon and Parole Board to issue warrants for the retaking and return of prisoners.

KATHY HOLT
DIRECTOR OF RECORDS

SWORN TO AND SUBSCRIBED BEFORE ME
THIS THE 7th DAY OF MARCH 2008

MELANIE L. PEPPERS, NOTARY PUBLIC
State of Alabama at Large
My Commission Expires April 11, 2010

cc:    ICRF                           TO:    Tara Knee, Legal Division




## State Board of Pardons and Paroles
### Montgomery, Alabama

# Certificate of Parole

KNOW ALL MEN BY THESE PRESENTS:

It having been made to appear to the Alabama State Board of Pardons and Paroles that

Robert Twymon, Jr.    #147,435

is eligible to be PAROLED, and that there is a reasonable probability that said prisoner WILL REMAIN AT LIBERTY WITHOUT VIOLATING THE LAWS, and it being the opinion of the said State Board of Pardons and Paroles that the release of this prisoner is not incompatible with the welfare of society, and it appearing further that the Board is satisfied that this prisoner will not become a public charge on release, but will be suitably employed at _____

to secure _____

and will live at ___806 Ola Ave., Talladega, AL_____

and shall continue in the same until he obtains the permission of his Parole Officer to make a change. He shall go directly to ___Talladega___ and report immediately upon arrival to his Parole Officer at ___Room 204, Judicial Building_____ .

It is therefore ORDERED that said prisoner be, and is, hereby paroled pending good behavior under supervision subject to the specific conditions of parole listed on the reverse side of this Order.

In witness whereof this Certificate bearing the seal of the State Board of Pardons and Paroles is issued this the ___27th___ day of ___May___ 19__96___ .

By Order of:

STATE BOARD OF PARDONS AND PAROLES

_William C. Yenney_
Executive Director

# STATE OF ALABAMA

## BOARD OF PARDONS AND PAROLES
**Montgomery, Alabama 36130**

11/10/97
_____
Date

## DECLARATION OF DELINQUENCY

### TO THE DEPARTMENT OF CORRECTIONS:

TWYMAN, ROBERT JR _____ NUMBER  147,435

who has heretofore been paroled, having this day been declared delinquent, you are directed to take said parolee into custody pending revocation hearing.

### VIOLATION OF CONDITION NUMBER:

#7  AGGRIVATED ASSAULT _____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____


STATE BOARD OF PARDONS AND PAROLES

By: _____
Executive Director

Distribution:
Original - Bd. File
Field Office -   GEORGIA
Dept. of Corrections
Control Book


CO Form 011 (Rev. 6-90)





Attachment #3

NAME: TWYMON, ROBERT JR SEX: M RACE: B DOB: 07/27/56 HAIR: BLK

HGT: 5/08 WGT: 178 OFF: ITY: PIC: OCA: 00147435 DOW: 11/04/97 EYES: BRO

FBI: 753419X11 SSAN: [redacted] LN: OLS: OLY: SKN: DRK

FINGERPRINT CLASS SMT: 082/SC R HND SC L WRS POB: AL
05 00 00 16 07
04 07 10 15 10

SMT:
SMT:

DD VOID
1-27-98

MIS: 809C/UNLAWFUL POSSESSIO *809C/UNLAWFUL POSSESSIO *0219/ASSAULT I CONT

SID: 00730062 PAROLE DATE: 05/27/96 FROM: CATTLE RANCH

Interstate Compact

AKA: TWYMAN, ROBERT JR
TWYMON, ROBERT

Cobb Co. PD
1-22-98
Marietta, Ga

DLN:

DOB: HAM/TWYMON, ROBERT JR

AIN: AIH/12730800 NIC/W039

PRODUCT: CJP075

STATE OF ALABAMA
BOARD OF PARDONS AND PAROLES
Gordon Persons Building
P O Box 302405
Montgomery, Alabama 36130-2405
Central Office - Plaza (205) 242-8700

JANUARY 27, 1998

JOHN S. NETTLES
Chairman of the Board

JUDITH C. O'CONNOR
Associate Member

LOUIE F. GRIMES
Associate Member

WILLIAM C. YOUNG
Executive Director

Department of Corrections
Classifications & Records Director
Gordon Persons Bldg. Third Floor
50 North Ripley Street
Montgomery, Alabama 36130

In re: ROBERT TWYMON, JR.
147,435

Dear Sir:

On ___NOVEMBER 10, 1997___ the above named subject was declared
delinquent. The Board has this date ordered that the delinquency be voided, the
warrant for his arrest be withdrawn, and that he be ___CONTINUED UNDER___
parole supervision.

Please mark your records to show the same action.

Sincerely,

Executive Director

WCY/cm

Distribution:

Original - File
DOC
ACJIC
Office - GEORGIA.
Control Book

CO Form 043 (8-93)

Attachment # 5

## STATE OF ALABAMA

## BOARD OF PARDONS AND PAROLES
Montgomery, Alabama 36130

6/8/98
Date

## DECLARATION OF DELINQUENCY

TO THE DEPARTMENT OF CORRECTIONS:

ROBERT TWYMON JR.                                              NUMBER   147,435

who has heretofore been paroled, having this day been declared delinquent, you are directed to take said parolee into custody pending revocation hearing.

VIOLATION OF CONDITION NUMBER:

7   AGGRAVATED ASSAULT

7   DC

STATE BOARD OF PARDONS AND PAROLES

By: _____
Executive Director

Distribution:
Original - Bd. File
Field Office -  GEORGIA
Dept. of Corrections
Control Book

CO Form 011 (Rev. 6-90)

```
NAME: TWYMON, ROBERT JR                    SEX: M RACE: B DOB: 07/27/56 HAIR: BLK
        BOA   713104                  -Talladega County Jail
HGT: 5/08 WGT: 178 OFF:      ITY: PIC:    OCA: 00147435  DOW: 06/09/98 EYES: BRO

FBI: 753419X11 SSAN:          OLN:              OLS:     OLY:    SKN: DRK

FPC:               SMT: 082/SC R HND    070/SC         ,            POB: AL
SMT:            ,          ,            ,          ,        ,
SMT:            ,          ,            ,          ,        ,
SMT:            ,          ,            ,          ,        ,
SMT:            ,          ,            ,          ,        ,        Delinquent 6/8/98

MIS: 809C/UNLAWFUL POSSESSIO *809C/UNLAWFUL POSSESSIO *021B/ASSAULT I

SID: 00750062     PAROLE DATE: 05/27/96 FROM: CATTLE RANCH

AKA: TWYMAN, ROBERT JR    , /              , /
                          , /              , /
                          , /              , /
                          , /              , /
                          , /              , /

OLN:   / /          ,   / /        ,   / /        ,   / /

DOB:   / / ,    / / ,    / / ,    / / ,    / / ,    / / ,    / /

AIN:                    NIC:                    PRODUCT: CJP075
```

Attachment #6

# STATE OF ALABAMA
# BOARD OF PARDONS AND PAROLES

## ACTION OF THE BOARD SUBSEQUENT TO PAROLE COURT

PAROLEE: Robert Twymon                                                    AIS # 147435

Parole Court was held before     Reida Blount           , Hearing Officer, on    3-9-04       ,
at    Talladega          , Alabama.  The Hearing Officer has  filed a Report and Recommendation, as required by
statute, and this Board has reviewed the detailed statement of evidence, the findings, and the reasons supporting those findings, which were:

_____ CHARGES PROVEN. The Hearing Officer has determined that Charge(s) #_____ was/were
proven to his reasonable satisfaction. His Report and Recommendation addressed the evidence of mitigating circumstances, as well as
the evidence that conditions of parole were violated. The record further reflects that an acceptable parole plan is in place which offers
the parolee a reasonable possibility of living and remaining at liberty without violating the law. It is, therefore, recommended that
Parolee be RE-INSTATED to a satisfactory program.

It is recommended that the following additional conditions be imposed to improve the likelihood that the parolee will remain at liberty
without violating the law:

_____
_____
_____

___X___ CHARGES PROVEN.  The Hearing Officer has determined that Charge(s) #    1 - 3       was/were
proven to his reasonable satisfaction. His Report and Recommendation addressed the evidence of mitigating circumstances, as well as
evidence that conditions of parole were violated.  It is, therefore, recommended that parole be REVOKED  in this case.

Comes now the Board of Pardons and Paroles at Open Public Meeting, and after considering all evidence from Parole Court, including
any mitigating circumstances, orders:

BOARD INITIALS

____ ____ ____ Continued to _____.
                                     (date)

____ ____ ____ Taken under advisement

_DW_ _MM_ ____ That parole be REVOKED and given further consideration in   5 - 05

____ ____ ____ That parole be revoked since a satisfactory plan has not been submitted within a
                reasonable amount of time and for reasons addressed in parole court and given
                further consideration in _____

____ ____ ____ That the order of delinquency is void and parolee is RE-INSTATED on parole
                with the following SPECIAL CONDITIONS:_____
_____
_____
_____

                                              _____  4-14-04
                                              Chairman of the Board          Date

Distribution Date 4-15-04  to:

                              APR 16 2004        _____  4-14-04
                                                 Member of the Board          Date

Original – Board File
Parole Office Talladega - Hill
Parolee  Robert Twymon
DOC                                              _____
ACJIC                                            Member of the Board          Date

S T A T E   O F   A L A B A M A

D E P A R T M E N T   O F   C O R R E C T I O N S

CENTRAL RECORDS DIVISION
1400 LLOYD STREET
P.O. BOX 301501
MONTGOMERY, ALABAMA 36130-1501
(334) 240-9500

JUN  9, 1998

O: *Joe Kuebler, CA*            RE: TWYMON, ROBERT JR
*Board of Pardons & Paroles*    DOB: 07/27/56   R/S: B/M    AIS #: 00147435
*Fifth Floor, East Tower*
*2 Martin Luther King Jr. Drive*
*Atlanta, GA 30334*

EAR SIR/MADAM:

NCLOSED IS OUR FUGITIVE WARRANT, FINGERPRINTS AND PHOTOGRAPH OF THE ABOVE NAMED
AROLE VIOLATOR. THE STATE BOARD OF PARDONS AND PAROLES HAS CAUSE TO BELIEVE
HAT THE ABOVE NAMED PAROLED PRISONER HAS LAPSED, OR IS ABOUT TO LAPSE, INTO
RIMINAL WAYS OR COMPANY, OR HAS VIOLATED CONDITIONS OF HIS PAROLE IN AN IMPOR-
ANT RESPECT ON JUN  5, 1998, AND IS NOW WANTED BY THIS DEPARTMENT. PLEASE USE
UR WARRANT AS A DETAINER AND ADVISE WHEN THIS SUBJECT WILL BE AVAILABLE FOR OUR
GENT(S) TO OBTAIN CUSTODY FOR HIS RETURN TO THE ALABAMA PRISON SYSTEM. WE WILL
XTRADITE.

F OUR FUGITIVE WARRANT IS NOT EXECUTED WITHIN SIXTY (60) DAYS, PLEASE RETURN
AME TO THIS OFFICE.

OR COORDINATION OR INQUIRIES REGARDING THIS CASE, PLEASE CONTACT:  DIRECTOR,
NNATE RECORDS ADMINISTRATION, AT THE ABOVE ADDRESS OR TELEPHONE NUMBER.

HANKING YOU FOR YOUR COOPERATION IN THIS MATTER OF MUTUAL INTEREST, I AM

VERY TRULY YOURS,

JOE S. HOPPER, COMMISSIONER
ALABAMA DEPARTMENT OF CORRECTIONS

ENCLOSURES

A L A B A M A    D E P A R T M E N T    O F    C O R R E C T I O N S

HERIFF'S CERTIFICATE TO ALABAMA DEPARTMENT OF CORRECTIONS UNDER ACT 184,
LABAMA STATE LEGISLATURE, SIGNED BY THE GOVERNOR, AUGUST 23, 1976.

0:   DEPARTMENT OF CORRECTIONS OF THE STATE OF ALABAMA.

    I HEREBY CERTIFY AS FOLLOWS:

AME: TWYMON, ROBERT JR                AIS#: 00147435   R/S: B/M   DOB: 07/27/56

THE ATTACHED FUGITIVE WARRANT ON THE ABOVE NAMED PAROLE VIOLATOR WAS EXECUTED
Y THIS OFFICE AS FOLLOWS:

DETACH FROM DEPARTMENT OF CORRECTIONS WARRANT, COMPLETE ALL APPLICABLE ITEMS,
ND RETURN AT ONCE).

.    DATE INCARCERATED IN COUNTY JAIL:
.    DATE WARRANT EXECUTED:
.    LOCAL CHARGES PENDING:   (Y) (N)   (CIRCLE ONE--IF YES, COMPLETE ITEM #4).
.    WARRANTS ATTACHED FOR DETAINER:   (Y) (N) (TO BE MAILED)   CIRCLE ONE.
.    SUBJECT (IS) (IS NOT) READY FOR PICKUP BY DEPARTMENT OF CORRECTIONS AGENTS.
.    IF SUBJECT IS NOT READY FOR PICKUP, PLEASE STATE REASON.   WHEN SUBJECT IS
EADY FOR PICKUP, NOTIFY THIS OFFICE BY TELEPHONING (334) 240-9500.

    DEFENDANT WAS NOT INCARCERATED IN THE COUNTY JAIL UNDER SAID WARRANT FOR ANY
ERIOD(S) OF TIME OTHER THAN THOSE WHICH ARE SET FORTH ABOVE.

THIS THE         DAY OF                    , 19       .

                              SIGNATURE:

                              SHERIFF OF                    COUNTY, AL.

JTES:

,  MAIL ORIGINAL OF THIS FORM AT ONCE TO:   DEPARTMENT OF CORRECTIONS, CENTRAL
ECORDS DIVISION, 1400 LLOYD STREET, P.O. BOX 301501, MONTGOMERY AL 36130-1501

,  RETAIN OUR WARRANT IN YOUR FILE AS A DETAINER.

,  IF SUBJECT ESCAPES FROM YOUR JAIL, IMMEDIATELY NOTIFY STATON COMMUNICATIONS
ENTER (334) 567-2221 AND THIS OFFICE AT(334) 240-9500  FOLLOWED BY WRITTEN
ONFIRMATION TO THIS OFFICE.

S T A T E   O F   A L A B A M A

D E P A R T M E N T   O F   C O R R E C T I O N S

F U G I T I V E   W A R R A N T

O:   ANY PEACE OFFICER.

.  WHEREAS TWYMON, ROBERT JR, SERIAL NUMBER 00147435, WAS CONVICTED
IF THE OFFENSES SPECIFIED ON PAGE 2 OF THIS WARRANT; THAT THE SAID CONVICT
AS SENTENCED TO IMPRISONMENT IN THE ALABAMA STATE PENITENTIARY FOR A TERM OF
25 YEARS,  0 MONTHS, AND  1 DAYS; THAT THE SAID CONVICT WAS THEREUPON CONFINED
N SAID PENITENTIARY IN ACCORDANCE WITH SAID SENTENCE:  THAT THE SAID CONVICT
HEREAFTER AND TO WIT:  ON THE 27TH DAY OF MAY, 1996, THE SAID CONVICT
AS PAROLED BY THE STATE BOARD OF PARDONS AND PAROLES, PENDING GOOD BEHAVIOR:
HEN ON THE  5TH DAY OF JUN, 1998, THE STATE PARDONS AND PAROLE BOARD, HAVING
EASONABLE CAUSE TO BELIEVE THAT SAID PRISONER HAS LAPSED, OR IS ABOUT TO LAPSE,
NTO CRIMINAL WAYS OR COMPANY OR HAS VIOLATED CONDITIONS OF HIS PAROLE IN AN
MPORTANT RESPECT, ORDERED SAID PAROLEE ARRESTED AND RETURNED TO THE CONFINE OF
HE PENITENTIARY TO APPEAR BEFORE THE STATE BOARD OF PARDONS AND PAROLES WHO
ILL DETERMINE THE PAROLE STATUS OF SAID PAROLEE.

.  WHEREFORE, THE UNDERSIGNED OF THE DEPARTMENT OF CORRECTIONS BY VIRTUE OF THE
UTHORITY CONFERRED UPON HIM BY THE STATE OF ALABAMA, DOES HEREBY AUTHORIZE AND
IRECT YOU TO RETAKE THE SAID PAROLE VIOLATOR WHEREVER  HE MAY BE FOUND, FOR HIS
ETURN TO THE SAID STATE DEPARTMENT OF CORRECTIONS, SITUATED IN MONTGOMERY IN
HE STATE OF ALABAMA.

N TESTIMONY THEREOF, I HAVE HEREUNTO SET MY HAND AND THE SEAL OF THE DEPARTMENT
F CORRECTIONS THIS  9TH DAY OF JUN, 1998.

JOE S. HOPPER, COMMISSIONER
ALABAMA DEPARTMENT OF CORRECTIONS

 PLEASE COMPLETE THE SECTION BELOW AND DELIVER TO AGENT(S) RECEIVING PRISONER.

=====================================================================================

TATE OF              COUNTY OF              THIS WRIT CAME TO HAND              ,
ND NOTIFYING THE STATE DEPARTMENT OF CORRECTIONS BY WIRE THAT THE PRISONER WAS
VAILABLE FOR TRANSFER TO THE STATE OF ALABAMA, DEPARTMENT OF CORRECTIONS, AND
HAT EXTRADITION WAS    /WAS NOT       NECESSARY.

HE ABOVE LISTED CONVICT NAMED IN THIS WRIT WAS DELIVERED TO
                                , AGENT(S) OF THE STATE DEPARTMENT OF
ORRECTIONS ON          , 19   FOR REMOVAL TO THE STATE OF ALABAMA.

      ARRESTING OFFICER                      IDENTIFICATION OFFICER

ECEIVED OF                     , AGENT(S) THE CONVICT, AIS # 00147435 ,
AMED IN THIS WRIT.  THIS THE     DAY OF           , 19  .

```
* * * * * * * * * * * *    P A G E   2    * * * * * * * * * * * *

ATE: 09 JUN, 1998 NAME: THYMON, ROBERT JR              SERIAL NUMBER: 00147435
    ********      OFFENSES FOR WHICH THIS FUGITIVE WAS CONVICTED     ********
==============================================================================
                                            SENTENCE    SENTENCE   SENTENCING
    <><><>       OFFENSE       <><><>          DATE        TERM      COUNTY     CS/CC

INLAWFUL POSSESSION CONTROL SUBSTANCE       06/30/87     5/00/00   TALLADEGA     CC
SSAULT I                                    05/18/89    20/00/01   TALLADEGA     CS
INLAWFUL POSSESSION CONTROL SUBSTANCE       06/30/87     5/00/00   TALLADEGA     CS

        * * * * * * * * * *  E N D    P A G E  2    * * * * * * * * * *
```

```
                      ALABAMA DEPARTMENT OF CORRECTIONS
CBR716-2                INMATE SUMMARY AS OF 03/03/2008                 CODE: CRSUM

********************************************************************************

AIS: 00147435    INMATE: TWYMON, ROBERT JR                RACE: B  SEX: M

INST: 069 - ELMORE CORRECTIONAL FACILITY    DORM:  00  JAIL CR: 000Y 00M 05D

DOB: 07/27/1956   SSN:

ALIAS: TWYMAN, ROBERT JR

ADM DT: 03/28/1987 DEAD TIME: 005Y 08M 05D

ADM TYP: NEW COMIT FROM CRT W/O REV OF       STAT: PAROLE REVOKED

CURRENT CUST: MIN-9   CURRENT CUST DT: 01/28/2008  PAROLE REVIEW DATE: FEB 2009

SECURITY LEVEL: (1) ONE

SERVING UNDER ACT446 LAW IN CLASS IV        CURRENT CLASS DATE:   12/28/1989
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

COUNTY      SENT DT  CASE NO  CRIME                       JL-CR     TERM
TALLADEGA  06/30/87 N87000124 POSS CONTROL SUBSTANCE    * 0005D 005Y 00M 00D CS
           COURT COSTS  : $0000158   FINES : $0000000   RESTITUTION : $0000075
TALLADEGA  06/30/87 N87000123 POSS CONTROL SUBSTANCE    * 0005D 005Y 00M 00D CC
           COURT COSTS  : $0000178   FINES : $0000000   RESTITUTION : $0000025
TALLADEGA  05/18/89 N89000070 ASSAULT I                   0000D 020Y 00M 01D CS
                              ATTEMPT TO COMMIT
           ATTORNEY FEES : $000000   HABITUAL OFFENDER : Y
           COURT COSTS  : $0000645   FINES : $0000000   RESTITUTION : $0000025

 TOTAL TERM      MIN REL DT     GOOD TIME BAL     GOOD TIME REV     LONG DATE
 025Y 00M 01D     09/04/2015     000Y 00M 00D     000Y 00M 00D     02/28/2018

INMATE LITERAL:
********************************************************************************

DETAINER WARRANTS SUMMARY

>DET WRT 03/29/2004 TYPE COUNTY WARRANT          TALLADEGA COUNTY S.O.
   LITERAL: CONTEMPT CT/FTA/OWES CHILD SUP       SEQ #: 03     CASE #: CS#87-339
   OFFENSE: 000  - UNKNOWN
********************************************************************************

ESCAPEE-PAROLE SUMMARY

PAROLED FRM  009:05/27/96 RVK:04/14/04 DELQ:06/08/98 RECAP:02/13/04 RTN:02/13/04

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
    SINCE O.B.S.C.I.S. RECORDING BEGAN IN 1978
```

CONTINUED ON NEXT PAGE

```
 .    .                    ALABAMA DEPARTMENT OF CORRECTIONS
CBR716-2                   INMATE SUMMARY AS OF 03/03/2008              CODE: CRSUM


**************************** CONTINUATION ******************************

AIS: 00147435    INMATE: TWYMON, ROBERT JR              RACE: B  SEX: M

***********************************************************************************

DISCIPLINARY/CITATION SUMMARY

  >> DISCIPLINE: 07/12/2007  TIME LOST: 00Y00M00D   CUST FROM MIN9 TO MIN9
     DISCIPLINE TYPE: MAJOR                  AT INST: 069    RULE NUMBER: 56
     RETAINED DAYS: 0000   SEQ #: 06   RULE LIT: FAIL TO OBEY A DIRECT ORDER OF DO

  >> DISCIPLINE: 03/09/2006  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                  AT INST: 037    RULE NUMBER: 50
     RETAINED DAYS: 0000   SEQ #: 05   RULE LIT: BEING IN AN UNAUTHORIZED AREA

  >> DISCIPLINE: 02/23/1993  TIME LOST: 00Y00M00D   CUST FROM MIN9 TO MIN9
     DISCIPLINE TYPE: MAJOR                  AT INST: 069    RULE NUMBER: 56
     RETAINED DAYS: 0000   SEQ #: 04   RULE LIT: FAIL TO OBEY A DIRECT ORDER OF DO

 >GOOD TIME 06/19/1989  AMT GT RESTORED   00Y02M00D  CUST FROM MED3 TO MED3
     GOOD FROM  00/00/0000 TO 00/00/0000   SEQ #: 03

 >GOOD TIME 03/09/1989  AMT GT RESTORED   00Y02M00D  CUST FROM MED3 TO MED3
     GOOD FROM  00/00/0000 TO 00/00/0000   SEQ #: 02

  >> DISCIPLINE: 05/02/1988  TIME LOST: 00Y04M00D   CUST FROM COM2 TO COM5
     DISCIPLINE TYPE: MAJOR                  AT INST: 161    RULE NUMBER: E7
     RETAINED DAYS: 0180   SEQ #: 01   RULE LIT: BEING ARRESTED/CONVICTED OF A FEL
```

AVSO350

ALABAMA JUDICIAL DATA CENTER
TALLADEGA      COUNTY

SUMMONS

CV 2008 000024.00

---

IN THE CIRCUIT  COURT OF TALLADEGA    COUNTY

ROBERT TWYMAN, JR VS ALA DEPT OF CORRECTIONS

SERVE ON: (D004)

SSN: 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                        PLAINTIFF'S ATTORNEY

ATTORNEY GENERAL OFFICE                 *** PRO SE ***
TROY KING
11 SOUTH UNION ST
MONTGOMERY     ,AL  36130-0152

---

TO THE ABOVE NAMED DEFENDANT:

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE
REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER
ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS
ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS
AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE
ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

---

(X) TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR
    4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE:
    YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE
    COMPLAINT IN THIS ACTION UPON DEFENDANT.

( ) THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE
    WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C)
    OF THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 02/04/2008                    CLERK:CLARENCE HAYNES
                                    P. O. BOX 6137
                                    TALLADEGA  AL   35161
                                    (256)761-2102

---

RETURN ON SERVICE:

( ) CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
    (RETURN RECEIPT HERETO ATTACHED)

( ) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND

    COMPLAINT TO _____

    IN _____ COUNTY, ALABAMA ON (DATE) _____

_____        _____
DATE                                        SERVER SIGNATURE

_____        _____
SERVER ADDRESS                              TYPE OF PROCESS SERVER

_____

---

OPERATOR: ALS
PREPARED: 02/04/2008



IN THE COURT OF CRIMINAL APPEALS OF ALABAMA

Ex Parte Robert Twyman, Jr.                    *

      Petitioner,                              *

**RE**: Robert Twyman, Jr.,                       *

      Plaintiff,                               *

      Vs.                                     *    Case No. CR-07-0396

Alabama Department of                          *
Department of Corrections, et al.,

      Defendants.                              *



## PETITION FOR WRIT OF MANDAMUS

Comes Now, Robert Twyman, Jr., and petitions the above-named Court for a writ of mandamus to the Alabama Department of Corrections (ALDOC) and shows the following in support of this petition.

### ISSUE I

On January 6, 2005, petitioner filed a writ of habeas corpus into the Circuit Court of Bibb County, Alabama. Several violations of illegal detention where alleged, however the writ was dismissed an appeal followed. On October 21, 2005, this Court gave its memorandum opinion of *Twyman v. State*, CR-04-1744.

### ISSUE II

In the opinion, p.2, this Court stated: "Twyman was remanded to the custody of the Alabama Department of Corrections to serve the remaining 5 years, 8 months and 5 days of this prior sentence."

Respondents have failed to follow this Court's opinion.

### ISSUE III

Petitioner requests this Court to invoke jurisdiction of this matter and order the ALDOC to follow this prior opinion concerning the "dead time" 5 years, 8 months and 5 days. "The ALDOC loses all supervisory jurisdiction over petitioner the date of the expiration of the maximum term of the sentenced imposed". Respondents are disobeying the Circuit Court of Talladega County, Alabama order that gave them supervisory jurisdiction of the petitioner. The Circuit Court ordered a 25 years and 1 day sentence,

expiring on/or about December 25, 2009. Respondents have recalculated the expiration date to be September 4, 2015.

## ISSUE IV

Petitioner has made numerous attempts to the ALDOC classification and Central Records Division to correct this error, but with no avail. This Court entered its opinion; however, respondents have acted in an arbitrary and capricious manner, by refusing to acknowledge the opinion. As an executive branch of the government, there's an imperative duty upon the respondents to perform the judicial branch authoritative directions. Petitioner's without an adequate remedy.

"Mandamus can be used to prevent a gross disruption of the administration of criminal justice." See *State v. McKinney*, 727 So.2d 893 (Ala.Crim.App. 1988).

## ISSUE V

Enclosed is a copy of petitioner's ALDOC Inmate Summary, showing respondents added 5 years, 8 months and 5 days, "dead time" to the 25 years and 1 day sentence. This shows respondents has recalculated the expiration of the maximum sentence without any consideration of this court's opinion of CR-04-1744 and beyond the commands of the Circuit Court of Talladega County, Alabama.

## CONCLUSION

WHEREFORE, the premises considered. Petitioner prays that the Alabama Court of Criminal Appeals grant the petition and order that an answer to the petition be filed by respondents.

I swear (or affirm) under penalty of perjury that the foregoing is true and correct. Executed on _12 - 13 - 07_.

_Robert Tugman Jr_
Signature of Petitioner

SWORN TO AND SUBSCRIBED before me this the 13th day of December 2007.

_Robert A. Eco_
Notary Public

_8 - 13 - 08_
My Commission Expires:

## CERTIFICATE OF SERVICE

I certify that on this 13 day of December 2007, I served a true and correct copy of this petition on the following interested parties, by placing the same in the U.S. Mail postage prepaid and properly addressed.

*Robert Twyman Jr.*

147435    C2-14A
P.O. Box 8
Elmore, Alabama 36025

ALDOC
Legal Division
Kim Thomas
P.O. Box 301501
Montgomery, Alabama
    36130-1501

Attorney General Office
State of Alabama
Troy King
11 South Union Street
Montgomery, Alabama
    36130-0152

Circuit Clerk's Office
Talladega County Circuit Court
P.O. Box 6137
Talladega, Alabama
    35161-6137

Circuit Clerk's Office
Bibb County Circuit Court
P.O. Box 185
Centreville, Alabama
    35042-0185

Circuit Judge
Hon. Thomas Ap Roger Jones,
P.O. Box 1225
Selma, Alabama
    36702-1225

District Attorney
Hon. Michael W. Jackson
404 Selma Avenue
Selma, Alabama
    36702