Robert Twyman, Jr.
147435  A-4B
P.O. Box 710
Elba, Al. 36323

June 10, 2008

REF: Twyman v. ALDOC
2:06-cv-833-MEF

Good Day Clerk of the Middle District of Ala.;

On 6/9/08, the date of the hearing set in the Circuit Court of Talladega, the ALDOC transfered me to the Elba Comm. Facility. I've no idea what occured in Talladega.

I've only 1 postage stamp left. I've been placed on staff here working in the Kitchen. The inmate here tell me, they are not allowed to use the Lexis network for legal research.

I was research the "Supremacy Clause" as how the United States Constitut Constytion is in conflict with a State law, the Constitution overrules. Hopefully, one day I'm be allowed to complete my rearch.

However, this letter's to notify this Court of my new mailing address.

Please acknowledge, this letter.

Thank You.

CC/File:

Robert Twyman Jr.

Robert Twyman, Jr.
147435 A-4B
P.O. Box 710
Elba, Al. 36323

MONTGOMERY AL 361
10 JUN 2008 PM 1 T

"This correspondence is forwarded from an Alabama State Prison. The content have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Office of the Clerk
U.S. District Court
Middle District of Ala.
P.O. Box 711
Montgomery, Alabama
36101-0711