IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT TWYMAN, JR., #147435, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No.2:06cv833-MEF |
| ) | (WO) |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

For good cause shown, the court concludes that an evidentiary hearing on the claims presented in Petitioner's habeas petition is necessary. Consequently, it is

ORDERED that the Federal Defender be and is hereby appointed to represent Petitioner with respect to the issues presented in his petition. It is further

ORDERED that a status and scheduling conference be and is hereby set on August 19, 2008, at 4:00 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 28th day of July , 2008.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE