IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT TWYMAN, JR., #147435** | ) | |
| | ) | |
| v. | ) | Case No.: 2:06-CV-833-MEF |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | |
| **CORRECTIONS, et al.,** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the Undersigned Counsel, Kelly J. Rimmer, and enters her appearance on behalf of Defendant, **Robert Twyman, Jr**, in the above-styled case.

Dated this 7th day of August 2008.

Respectfully submitted,

/s/ Kelly J. Rimmer
KELLY J. RIMMER
**Michigan Bar No.: P70689**
Federal Defenders, Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT TWYMAN, JR., #147435** | ) | |
| | ) | |
| v. | ) | Case No.: 2:06-CV-833-MEF |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | |
| **CORRECTIONS, et al.,** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tara Smelley Knee, Esq., Alabama State Personnel Department.

Respectfully submitted,

**/s/ Kelly J. Rimmer**
KELLY J. RIMMER
**Michigan Bar No.: P70689**
Federal Defenders, Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353