IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT TWYMAN. JR., #147435, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | )  CIVIL ACT. NO.  2:06cv833-MEF |
| | ) |
| ALABAMA DEPARTMENT | ) |
| OF CORRECTIONS, *et al.*, | ) |
| | ) |
|    Respondents. | ) |

## ORDER

For good cause, it is

ORDERED that this matter be and is hereby set for a status and scheduling conference on November 18, 2008, at 1:30 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 20th day of August, 2008.

      /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE