IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT TWYMAN. JR., #147435, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACT. NO. 2:06cv833-MEF |
| | ) |
| ALABAMA DEPARTMENT | ) |
| OF CORRECTIONS, *et al.*, | ) |
| | ) |
|    Respondents. | ) |

**O R D E R**

Now pending before the court are the Petitioner's *pro se* motion to secure release (doc. # 62), motion to compel (doc. # 64) and motion for a determination (doc. # 69). On July 28, 2008, the court appointed the Federal Defender to represent the petitioner. Accordingly, upon consideration of the motions and for good cause, it is

ORDERED that the Petitioner's *pro se* motion to secure release (doc. # 62), motion to compel (doc. # 64) and motion for a determination (doc. # 69) be and are hereby DENIED without prejudice.

Done this 20th day of August, 2008.

                                                           /s/Charles S. Coody
                                       CHARLES S. COODY
                                       UNITED STATES MAGISTRATE JUDGE