IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT TWYMAN, ) | |
| # 147435, ) | |
| ) | |
| v. ) | Case No.:   2:06-CV-00833-MEF-CSC |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW Tara S. Knee and withdraws her name as counsel of record for Defendants Alabama Department of Corrections, Kathy Holt, Kim Thomas, Richard Allen, Troy King, and James Deloach on the grounds that she is no longer employed by the Alabama Department of Corrections, and that Kim T. Thomas, Esq. and/or one of the staff attorneys employed by the Department of Corrections will continue to represent said Defendants.

Therefore, no further notices regarding this case need to be sent to Tara S. Knee.

Respectfully submitted this the 21st day of August 2008.

s/ Tara S. Knee
TARA S. KNEE          (KNE003)

OF COUNSEL:
ALABAMA STATE PERSONNEL DEPARTMENT
Folsom Administrative Building
64 N. Union Street, Suite 316
Montgomery, Alabama 36130
Telephone:   (334) 353-0046
Facsimile:   (334) 353-4481
Email:        Tara.Knee@personnel.alabama.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing pleading upon the following by placing same in the United States Mail, first class postage prepaid, and properly addressed on August 21, 2008:

Kevin L. Butler, Esq.
Kelly Joy Rimmer, Esq.
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, Alabama 36104

                                            s/ Tara S. Knee
                                            OF COUNSEL