IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT TWYMAN, JR. (#147435), | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06-CV-833-MEF |
| | ) |
| ALABAMA DEPARTMENT OF CORRECTIONS, et al., | ) |
| | ) |
| Respondents. | ) |

## NOTICE OF APPEARANCE

**COMES** NOW the undersigned counsel, Bart Harmon, and enters his appearance on behalf of Defendants, Alabama Department of Corrections, Kathy Holt, Kim Thomas, Richard Allen, Troy King, and James Deloach in the above-styled case.

Dated this the 26th day of August, 2008.

                                                                                                 Respectfully submitted,

                                                                                                 Kim T. Thomas (THO115)
                                                                                                 General Counsel

                                                                                                 /s/ Bart Harmon
                                                                                                 Bart Harmon (HAR127)
                                                                                                 Assistant General Counsel

**OF COUNSEL:**
Alabama Department of Corrections
Legal Division
P. O Box 301501
Montgomery, Alabama 36130
(334)353-3881
FAX: (334)353-3891

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Inmate Robert Twyman, Jr.
AIS #147435
Elmore Correctional Facility
P.O. Box 8
Elmore, Alabama 35025

Kevin L. Butler, Esq.
Kelly Joy Rimmer, Esq.
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, Alabama 36104

/s/ Bart Harmon
Bart Harmon (HAR127)
Assistant General Counsel

2