IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT TWYMAN. JR., #147435, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACT. NO. 2:06cv833-MEF |
| | ) |
| ALABAMA DEPARTMENT | ) |
| OF CORRECTIONS, *et al.*, | ) |
| | ) |
|    Respondents. | ) |

## O R D E R

Now pending before the court is the August 21, 2008, motion to withdraw filed by Attorney Tara Knee (doc. # 77). On August 26, 2008, Attorney Bart Harmon filed a notice of appearance (doc. # 78). Accordingly, upon consideration of the motion to withdraw, it is

ORDERED that the motion to withdraw (doc. # 77) be and is hereby GRANTED.

Done this 27th day of August, 2008.

                                               /s/Charles S. Coody
                                           CHARLES S. COODY
                                           UNITED STATES MAGISTRATE JUDGE